# PART 1 OF 3 PDF

DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION
FROM STATE COURT PURUSANT TO 28 U.S.C. SECTIONS 1441 and 1446

William Henshall v. Central Parking, Inc.; New South Parking, Inc.
Case Number: C 07-4448 SI

1     ARTHUR M. EIDELHOCH, Bar No. 168096
     WILLIAM HAYS WEISSMAN, Bar No. 178976
2     LITTLER MENDELSON
     A Professional Corporation
3     650 California Street, 20th Floor
     San Francisco, CA 94108.2693
4     Telephone:    415.433.1940

5     Attorneys for Defendants
     CENTRAL PARKING, INC.
6     NEW SOUTH PARKING, INC.

**ORIGINAL**
**FILED**

AUG 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

**SI**

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10   WILLIAM HENSHALL,           Case No. **C 07 4448**

11          Plaintiff,          **DEFENDANTS' NOTICE TO FEDERAL**
                                     **COURT OF REMOVAL OF CIVIL**
12        v.                   **ACTION FROM STATE COURT**
                                      **PURSUANT TO 28 U.S.C. SECTIONS 1441**
13   CENTRAL PARKING, INC.; NEW     **AND 1446**
     SOUTH PARKING, INC.,

14

15           Defendants.

16

17   TO: THE CLERK OF THE ABOVE TITLED COURT AND PLAINTIFF WILLIAM

18   HENSHALL, IN PRO PER:

19       PLEASE TAKE NOTICE that Defendants CENTRAL PARKING, INC. and NEW SOUTH

20   PARKING, INC. ("Defendants") hereby effect the removal of the below-referenced action from the

21   Superior Court in the State of California for the County of San Mateo to the United States District

22   Court for the Northern District of California. In support of its Notice of Removal Defendants state

23   the following grounds:

24       1.     *State Court Petition:* On July 30, 2007, Plaintiff William Henshall ("Plaintiff") filed

25   this action against Defendants in Superior Court of the State of California, County of San Mateo,

26   entitled *William Henshall v. Central Parking, Inc., New South Parking, Inc., Does 1 – 50*, Case No.

27   CIV 464802. The Petition alleges that Defendant's policy that Plaintiff complete certain standard

28   forms required by federal law, an Internal Revenue Service Form W-4 and Department of Homeland

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF REMOVAL
FIRMWIDE:82938233.1 620000.1388                                      Case No.:

1  Security Form I-9, prior to being allowed to commence employment with Defendants violated his

2  rights under the United States Constitution as a "lawful de jure jus sanguinis & jus soli free white

3  State Citizen." The Petition seeks various forms of declaratory relief, including declarations by the

4  Superior Court of the State of California, County of San Mateo, that Plaintiff is exempt from

5  compliance with the tax and immigration laws of the United States, such that Defendants' request for

6  Plaintiff to provide information pursuant to the tax and immigration laws of the United States was

7  unnecessary and unlawful. A true and correct copy of the Summons and the Petition and its

8  accompanying exhibits are attached as Exhibit 1.

9      2.    *Service of Petition:* On July 31, 2007, Plaintiff served Defendants with the Summons

10  and Petition by personal service at Defendants' offices located at the San Francisco International

11  Airport parking garage. A true and correct copy of the Proof of Service of Summons is attached as

12  Exhibit 2.

13      3.    *Hearing on Petition in State Court:* There is currently a hearing scheduled on

14  Plaintiff's Petition for August 29, 2007, at 9:00 a.m. at the Superior Court of the State of California,

15  County of San Mateo, located at 400 County Center, Redwood, City, California. The hearing

16  appears to be for a temporary restraining order based on the the declaratory relief being requested by

17  Plaintiff in his Petition. A true and correct copy of the Notice of Hearing is attached as Exhibit 3.

18      4.    *Federal Question Basis for Removal:* This case is a civil action over which this Court

19  has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by

20  Defendants pursuant to 28 U.S.C. §§ 1441(b) and 1446 in that the claims set forth in the Petition

21  arise out of the United States Constitution and/or the laws of the United States. Specifically,

22  Petitioner asserts that his rights, including his right to life, as guaranteed by the Constitution of the

23  United States (1787-1791) is jeopardized by Defendants' actions, that he is not a "citizen" with the

24  meaning of Section 1 of the Fourteenth Amendment to the United States Constitution, and therefore

25  is not subject to various provisions of the United States Code addressing internal revenue and

26  immigration or Article I, Section 8, Clause 4 of the United States Constitution dealing with

27  Immigration and Naturalization. He also asserts that the Fourteenth Amendment to the United States

28  Constitution was not properly ratified by the Several States and is therefore invalid.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF REMOVAL
FIRMWIDE:82938233.1 620000.1388                      2.                      Case No.:

1    **5.**    *Timing of Removal*:  Fewer than thirty (30) days have elapsed since July 31, 2007, the

2    date on which Defendants were served with a copy of the Summons and Petition.   28 U.S.C.

3    1446(b).

4    **6.**    This Notice of Removal has been signed by counsel for Defendants, in compliance

5    with the requirements of 28 U.S.C. § 1446(a).

6    WHEREFORE, Defendants respectfully submit that they have properly and timely removed

7    this action from the Superior Court of the State of California, County of San Mateo, to this Court.

8    Dated: August 28, 2007

9

10

11    ARTHUR M. EIDELHOCH
         LITTLER MENDELSON
12    A Professional Corporation
         Attorneys for Defendants
13    CENTRAL PARKING, INC.
         NEW SOUTH PARKING, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
an Francisco, CA  94108.2693
415.433.1940

NOTICE OF REMOVAL
FIRMWIDE:82938233.1 620000.1388                    3.                                    Case No.:

# EXHIBIT 1

William Henshall v. Central Parking, Inc.; New South Parking, Inc.
Case Number: C 07-4448 SI

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** *(Aviso a Acusado)*

# Central Parking Inc.

NEW SOUTH PARKING INC.

DOES 1 THRU 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(A Ud. le está demandando)*

# William Henshall

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED
SAN MATEO COUNTY

JUL 3 0 2007

Clerk of the Superior Court
By DANIEL SHEA

| | |
|---|---|
| You have **30 CALENDAR DAYS** after this summons is served on you to file a typewritten response at this court. | *Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte.* |
| A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case. | *Una carta o una llamada telefónica no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso.* |
| If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court. | *Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosas de su propiedad sin aviso adicional por parte de la corte.* |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). | *Existen otros requisitos legales. Puede que usted quiera llamar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico).* |

The name and address of the court is: *(El nombre y dirección de la corte es)*

CASE NUMBER *(Número del Caso)*  **CIV 464802**

**San Mateo County Superior Court –Southern Division**
**400 County Center**
**Redwood City, California**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:    William Henshall
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

First Judicial District
P. O. Box 281676
San Francisco, California, USA  650-255-3078

DATE: **JUL 3 0 2007**        JOHN C. FITTON        **DANIEL SHEA** , Deputy
*(Fecha)*                    (Kerkby)                                    *(Delegado)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [X] on behalf of *(specify)*:

under: [X] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (individual)
[ ] other:

4. [ ] by personal delivery on *(date)*:

Form Adopted by Rule 982
Judicial Council of California
982(a)(9) [Rev. January 1 1984]

**(See reverse for Proof of Service)**
**SUMMONS**

WEST GROUP
Official Publisher

CCP 412.20

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078
Petitioner In Propria Persona

ENDORSED FILED
SAN MATEO COUNTY

JUL 3 0 2007

Clerk of the Superior Court
By _____DANIEL SIFA_____

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| William Henshall, | ) |
| | ) |
| | ) |
| Petitioner | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| Central Parking Inc. | ) |
| | ) |
| New South Parking Inc. | ) |
| | ) |
| | ) |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |

CASE No.  CIV 464802 _____

Petition for Declaratory

and Injunctive Relief

TRO Requested

*CCP Section 1060*

Date:  _8-29-07_

Time:  _9:00 AM_

Dept.  _____

Petition for Declaratory & Injunctive Relief Page 1 of 21

COMES NOW Petitioner William Henshall in propria persona sui juris to file the instant petition for Declaratory & Injunctive relief and request a temporary restraining order against Respondent(s) New South Parking Inc. and/or Central Parking Inc. restoring him *forthwith* to his position of *seventeen* years as a cashier at the parking garage(s) of the San Francisco International Airport ("SFO") pendente lite.

Ordinarily, Petitioner would here make a statement as to his status and standing to seek such relief, but such status & standing is an *essential* element of the relief sought herein. In the instant case, however, outside the invocation of Section 1060 of the Code of Civil Procedure, insofar as not in conflict with the provisions of the "*Ashwander Doctrine*" of the supreme Court of the united States (see *Ashwander v TVA 297 US 288,341*), to sustain the jurisdiction of what Petitioner believes is, or should be, a common law court of general jurisdiction exercising the judicial power of the State of California pursuant to *Article VI of the California Constitution (1849)*, the allegations of status & standing will accordingly appear in the factual statement of the case for decision.

# STATEMENT OF THE CASE

The case began when Respondent New South Parking Inc., an ostensibly wholly owned subsidiary of Respondent Central Parking Inc. of Nashville, Tennessee, successfully bid to operate the parking concession(s) at SFO in October of 2006.

Petitioner had worked, **without incident** and with considerable distinction in his job as a cashier at the SFO parking garage for **seventeen** years. In his various work venues it should be duly noted that Petitioner, and **all** like situated, have **no access** to any **"secure"** areas of SFO and, in the case of Petitioner, neither need nor desire for any such access.

With the successful bid by Respondent(s) as hereinabove mentioned, it was just a matter of time until the management changeover occurred. This process was begun, on a surprisingly delayed basis insofar as Petitioner was concerned, on or about May 21st, 2007 when all the staff of the previous concessionaire, Ampco Parking Inc., were "notified" that they had to apply for work with Respondents, which relationship would commence on July 1st, 2007. and that meetings would be held the week of May 24th, 2007 to facilitate such process.

Anticipating 'bad karma', Petitioner made a request to the outgoing concessionaire, Ampco Parking Inc., to have his work record transferred to Respondent(s), but this request was summarily denied without good cause (see *Exhibit "A"*).

Petitioner was among the first to appear at the first such meeting on May 25th, 2007, accompanied by co-workers Elmer Kamlley, Jim Moran, and Maria Morazon. At this meeting the new general manager of the SFO concession, and agent for Respondents, Eric Loudin, appeared and made a statement to the effect that all who 'wished to come aboard would be welcome' and that it was not 'the intention of Respondent(s) to terminate anyone currently working'.

Petitioner completed what documents that he could and submitted the same. Not having sufficient notice of this "meeting", Petitioner was thus not fully prepared to present the issues that form the core of the instant case.

The opportunity to do so was not long in forthcoming: on or about June 15th, 2007, upon arriving for his regular shift at 12:01 AM, Petitioner learned that there was a memo from Respondent New South Parking Inc. advising the present staff that there would

be a *mandatory* three hour plus meeting, which could be attended at one of several times during the ensuing work week on either June 18th, 19th, or 20th, for the purpose of "orientation" and 'completion of the hiring process'.

In other circumstances, Petitioner would not even have bothered to appear at such "mandatory" meeting, given that there was, once again, effectively *no notice* whatsoever of such meetings, nor time to make any needed adjustments to the worker's individual schedule, not to mention schedules of family members, to attend such a meeting.

Having the momentous issues now before the court to present, Petitioner opted to attend the meeting of June 19th, 2007 at 6:00 PM, again accompanied by co-workers Elmer Kamlley (who sat right next to Petitioner) and Jim Moran, in what was a likely ill fated attempt to assert rights secured to him, and *all* like situated, by the *Constitution for the united States {1787/1791}*, including the *right to life* and the right to the fruits of his labors.

Such was in fact the case. Petitioner was asked by staff members of Respondents to complete and sign a W-4 tax form and an I-9 Immigration form.

Petitioner *never at any time refused to fill out such* forms, but he did request more information about the allegedly applicable laws governing each form and offered legal and documentary evidence (See *Exhibits C,D,E,G,H*), including his *original* birth certificate, that neither the W-4 nor the I-9 forms had any application to him as a lawful de jure jus sanguinis & jus soli free white State Citizen (see also Declaration of Petitioner in support of Petition, *especially* as to his de jure status). No info was provided.

Petitioner heard no more of the matter until the morning of June 26th, 2007 when he was called into the office of the outgoing concessionaire, Ampco Parking Inc., for a discussion of the matter with Asst. General Manager Joy Riddle, an Ampco management officer with *no* connection (at that time) to Respondents.

Petitioner was advised by Riddle that if he did not complete and sign the W-4 and I-9 forms that he would be suspended, ostensibly *without* pay (as it has turned out) by Respondents until such time as he complied with this demand.

Petitioner again stated that he was *not* refusing to complete and sign such forms but that Respondent, most especially acting as an *agent* for the de facto government, had the same burden of

proof, not to mention the duty, to provide the requested information in order that Petitioner could make a *voluntary, knowing and intelligent* decision as to the applicability of the allegedly relevant laws (see *Exhibit "D"*), most especially in view of the serious and substantive objections and assertions of rights secured by the Constitution that had already been advanced by Petitioner in support of his various positions.

The status quo thus continued, with Petitioner reporting for and working on both July 1st and July 2nd, 2007 at his regular shift, just as he had for the past *seventeen* years.

On July 3rd, 2007 at 12:01 AM, however, Petitioner reported to his venue at Lot DD, 'long term parking garage', only to be advised by supervisor Davy Pamatmat that his time card had been confiscated by Respondents and that he was 'suspended without pay and should go home'.

Petitioner then made an appearance at the office of Respondent New South Parking Inc. on the singularly appropriate date of July 4th, 2007 and had a 15-20 minute conversation with the new General Manager, Eric Loudin, in which it was determined that Petitioner's documents would be forwarded to the home office

of Respondent Central Parking Inc. in Nashville, and that Petitioner would make himself available at any time for a phone consultation, likely a conference call, with the corporate legal department, to discuss the issues raised and answer any questions that Respondent might have and that Petitioner's status of suspended without pay would be left unchanged.

Petitioner, wanting to act in the manifest good faith that has characterized his actions throughout, waited for one week and then, having determined that some supplementary documents might help clear up the matter took the same (See *Exhibit "H"*) to the office of Respondent on the evening of June 10th, 2007, only to discover that his shift had been put up for bid, thus, for all intents and purposes, effecting a change in status from "suspended" to *"terminated"* ! (now Respondents might attempt to argue that Petitioner was never hired and thus was not terminated, but this would be *a difference without a distinction*, most especially as Petitioner worked for the first two days of the incumbency of Respondent as the concessionaire at SFO and the fact that Petitioner was not the 'new kid on the block', having held his position *long antecedent* to the takeover of Respondent of the SFO parking concession).

Petitioner called the next business day, July 11th, and spoke to Jessica Donlucas, the person in charge of shift activity and other related matters for the outgoing Ampco Parking Inc. and, evidently, now for Respondents as well, only to learn from her that the decision to post Petitioner's shift for bid had been communicated to her on *Monday, July 2nd*, with the explanation that 'Petitioner was no longer with the company'.

Exercising continuing good faith, Petitioner waited until July 18th, 2007 -- a full *two weeks* after the initial meeting -- to visit Respondent's office at SFO and have another conversation with General Manager Eric Loudin.

While not forthcoming as to Petitioner's inquiry as to his current status, and with Petitioner expressing his disappointment at having his shift *prematurely* put up for bid, GM Loudin, in an otherwise friendly and animated conversation, did say that Petitioner's documents had in fact been sent to Nashville and that some response could soon be expected.

*After* this meeting, Petitioner received a demand letter from GM Loudin on behalf of Respondent New South Parking Inc. (see *Exhibit "O"*) stating that he (Petitioner) had to comply with the

Respondent's demand to complete and sign the disputed forms by *July 31st, 2007* or that he 'could not be considered for "employment" with the company'.

Petitioner received a call the next evening from GM Loudin providing him with the name and telephone number of a corporate attorney for Respondent Central Parking Inc., with instructions to call on Friday, July 20th, 2007. Petitioner did so, but without success, leaving his telephone number for call back purposes.

The call to the corporate legal department of Respondent Central Parking Inc., and their agent Chris Kato, was completed on the morning of July 23rd, 2007 -- a 20 minute conversation that was friendly, but which did nothing to alter or improve Petitioner's position with Respondent.

Somewhat startling, if not bemusing, was the claim of 'attorney-client privilege' advanced by Mr. Kato pursuant to the company's reasons for opposing Petitioner's positions, most especially where, as pointed out by Petitioner, the company necessarily had to rely on some or another allegedly applicable *public* law(s) to sustain it's actions, which law(s) it *did not* cite.

What Mr. Kato did say, in addition to expressing Respondent's wish that Petitioner come to work for them, was that the company was afraid of being penalized by some or another (de facto) government agency -- Homeland Security was mentioned here, though Petitioner does not know what connection, in regard to "national security", could be made on the facts of this case.

Petitioner did request copies of all written legal authority(ies) relied upon by Respondent in opposing Petitioner (which have *yet* to be forthcoming) and pointed out that he (Petitioner) could see no justification for his suspension or termination by Respondent simply for asserting rights secured to him by the *Constitution for the united States {1787-1791}*, and *all* like situated, as a lawful de jure free white State Citizen, such as redress of grievance, which redress is made impossible by *not knowing* what law(s) are responsible for the injuries inflicted upon Petitioner and thus being unable, individually or otherwise as State Citizens, to instruct our representatives to amend or repeal such law(s).

Petitioner went to the office of Respondent New South Parking Inc. on July 27th, 2007 in pursuance of their demand letter of July 16th, 2007 (see *Exhibit "O"*) in a good faith effort to find some common ground before the expiration of their demand date

of July 31st, 2007 to complete and sign the W-4 and I-9. Petitioner spoke with Agnes Wong, the person in charge of human resources at Respondent's SFO office and attempted to comply with their demands, but did not receive any help in so doing.

Petitioner presented, as *evidence of the law* in support of his positions, copies of 42 USC 302(a)(8) and a letter from the Social Security Administration itself proving that the application for benefits is voluntary; copy of citation from *Van Valkenburg v Brown 43 Cal 43*, an opinion holding that no white person owed their Citizenship to the 14th "amendment"; copy of a citation from *American Law & Procedures (1910) Vol. 13 pp 137-162* on the definition of "person" as connoting an *artificial entity;* copy of 26 USC 3401(c), the definition of *"employee"* (most especially for the purposes of withholding of wages at source of income) clearing showing that Petitioner was *NOT* such an "employee"; and a copy of 26 USC 6305 disclosing the otherwise arcane fact that the "voluntary" application for social (in)security benefits operates not only as a delegation of *unlimited* power to the Congress levy taxes on such recipients, but to foreclose *any and all judicial redress and relief* that one might otherwise suppose, consistent with the Constitution, to be available for review of such power(s).

Despite this showing, coupled with all other documentation as elsewhere noted, Respondents adhered to their position, again *without any support whatsoever*, that Petitioner had to complete and sign out the W-4 and I-9.

Petitioner, having also made an *offer of proof* to Respondents as to his identity and status -- his *original* birth certificate -- (and believing that he can establish, in a common law court of general jurisdiction, his identity and status *beyond a reasonable doubt*), as acknowledged by Wong, is yet willing to comply with the demands of Respondent, provided he can receive sufficient information on the allegedly applicable law(s) to fill out the W-4 and I-9 forms.

Petitioner reminds the court that on the facts of the case that he was *not* the newcomer to the situation seeking work from Respondents, which *might* raise different issues, but had been at work at SFO for *seventeen* years in his job without any question of either his *identity or status*, most especially as regards any purported authority to regulate 'illegal immigration', even if such regulation could be construed to be a matter of "national security".

Petitioner believes that as a lawful de jure State Citizen that applying for a social security account number is a *voluntary* act, that without such social security number Petitioner cannot obtain either a (California) Driver's License of 'state' ID card (see Sections 12800 et seq. of the California Vehicle Code) such as would serve as his "identification" for the purposes of the I-9 Form, and, that *not* owing his State Citizenship to Section 1 of the 14th "amendment", that he could not apply for a United States Passport, yet another ostensibly satisfactory documentary evidence of his "identification", on account of having to declare, *falsely*, under *penalty of perjury*, that he was a de facto 14th "amendment" 'citizen'. Petitioner, *not being in active military service does not have, cannot obtain, and does not wish to have, any military ID.*

And just as with the Passport application, Petitioner cannot complete and sign a Voter Registration Form on account of *not* being a United States 'citizen' within the meaning of that term, which definition is solely derived from Section 1 of the 14th "amendment", without waiving his *unpurviewed* 5th Amendment right not to be a witness against himself in a criminal case, thus Petitioner, and *all* like situated, have been divested of their right to vote, hold elective or appointive office, or participate in any way in the (de facto) government.

Accordingly, without such representation, the (de facto) government cannot, consistent with any provision of the *Constitution for the united States {1787/1791}*, have enacted any lawful authority 'in pursuance of *this* Constitution' (*Article VI, Section 2*) which would require the compliance of Petitioner asserted by Respondents in the instant case, nor has any such authority been provided by Respondents, even in the face of the continued demands of Petitioner for any and all such authority.

Petitioner further contends and believes that the *best* case scenario for Respondents is that the 14th "amendment", and any and all acts passed in pursuance thereof, have no application either to himself or any lawful de jure State Citizen (see *Exhibits B,C*).

In the alternative, Petitioner asserts that the 14th "amendment" was never properly ratified pursuant to *Article V* of the *Constitution* and/or that in any event, as presently construed, that it would be violative of, among other provisions, *Article I, Sections 9&10, Article IV, Section 2, Article III, and the 9th and 10th Amendments* of the *Bill of Rights*.

In addition, the 14th "amendment" neither received the necessary *two thirds* votes of both houses of Congress to even be proposed, what with all of the Southern States being denied their rightful place in the 39th Congress, nor the *three fourths* vote of the Several States (and Petitioner believes that this 'amendment' would have required ratification by the *people in conventions consistent with Article V*), with all of eleven the Southern States (of the then 38 (?) States) failing to ratify the amendment (note that these *same* legislatures *had* ratified the 13th Amendment).

The only way in which the 'ratification' of the 14th "amendment" was secured was via the efforts of the provisional *military* governments set up in the Southern States (in *peace* time, long after the declaration of the end of the hostilities and *not* otherwise in time of invasion or rebellion) 'courtesy' of the Reconstruction Act of 1867, a Congressional Act itself unconstitutional which was going to be held to be so by the supreme Court of the united States in the case of *Ex Parte McCardle 7 Wall 506* until Congress passed an '*emergency*' statute removing the appellate jurisdiction of the court in that case.

Petitioner is also of the opinion that the exercise of *federal regional martial law* rule pursuant to which the social (in)security laws, among many other *regionally* based statutory schemes is, especially as regards lawful de jure State Citizens, a trespass of jurisdiction and *subordination* of the civil authority to the military power in direct violation of <u>*Article I, Section 12 of the California Constitution of 1849*</u>.

Petitioner has made substantive and meritorious contentions throughout the proceedings with Respondents, (see supporting Declaration of Petitioner) while they in turn have not produced a *single shred* of legal authority in support of their contentions.

## *PRAYER FOR RELIEF*

Petitioner is thus entitled to the following relief,  to wit:

1.    A declaration by the Court that Petitioner is a lawful de jure jus sanguinis & jus soli free white State State Citizen *NOT* owing such Citizenship to Section 1 of the 14th "amendment";

2.    That Petitioner is a Citizen of California and a Citizen of the united States by virtue of *that* fact and consistent with the laws of Citizenship as they stood prior to the adoption of the 14th "amendment";

3.    That as such State Citizen, Petitioner, and all like situated, cannot be construed to be an *artificial* entity, most especially one of a type regulatable pursuant to the emergency powers of either Congress or the President, acting as Commander-in-Chief of the Armed Forces, in either event being subjected, *not* in time or war or rebellion or invasion, to *federal regional martial law rule*;

4.    That especially as regards such State Citizens:

    A.    Application for Social Security account is *voluntary*;

    B.    Application for a 'state' driver's license and/or a 'state' ID card is wholly voluntary as well;

    C.    They are not "employees" and/or "taxpayers" required to fill out a W-4 tax form;

D.    They are not subject to the Immigration or
Naturalization powers of the Congress as set forth in
*__Article I, Section 8, Clause 4 of the Constitution__* and
thus do not have to fill out an I-9 Immigration form;

5.    That such State Citizens have a Creator endowed inalienable
right to life and the corollary right to the continuance and
preservation thereof via the enjoyment of the fruits of his
property in the form of his time and labor, activities not in
any sense privileged and thus not subject to, most especially,
the Interstate Commerce powers of the (de facto) Congress;

6.    Do not need the authorization of the (de facto) national
government to "engage in employment" and do not need the
"permission of the (de facto) national government to be
considered "'lawfully' within the United States";

7.    That such State Citizen, not being a citizen of the United
States within the meaning of Section 1 of the 14th
"amendment", cannot *falsely* swear, under penalty of perjury,
to being such a "citizen", as would be required of either an
application for a United States Passport or a (California)
Voter Registration form, without waiving, among other things

his (unpurviewed) 5th Amendment right not to be a witness against himself in a criminal case;

8.   That Petitioner is not required to complete and sign either a W-4 From or an I-9 and, having made sound objections to these procedures, is entitled to be restored to his job and shift at SFO with *full* seniority and with ***full back pay*** nunc pro tunc July 1st, 2007;or in the alternative:

9.   That Petitioner, and *all* like situated, has been disenfranchised and reduced to the status of ***statelessness*** by reason of the 14th "amendment" and, by necessary implication, the Reconstruction Act of 1867, alleged by Petitioner to have been an unconstitutional act for the reasons set forth in this petition;

10.  That by reason of these disabilities, Petitioner, and all like situated, are not "*qualified*" to vote, hold any office of profit or trust in any department of the de facto government, or ***in any other way participate in such government***;

11.    That by reason of this *stateless* condition, Petitioner and all like situated, have been, in effect, rendered *civilly dead* and are thus beyond the scope of the authority of all departments of the (de facto) government;

## JURAT

I, William Henshall, am the Petitioner in the instant case and I declare, under penalty of perjury, that all facts stated here are true of my own personal knowledge, except those matter stated upon information and belief.

Date: _July 30th_, 2007

_____
William Henshall/Petitioner
In Propria Persona/Sui Juris

William Henshall
**First Judicial District**
P. O. Box 281676
San Francisco,  California, USA
650-255-3078



ENDORSED FILED
SAN MATEO COUNTY

JUL 3 0 2007

Clerk of the Superior Court
By ____ DANIEL SIE

1
2
3        **IN THE SUPERIOR COURT OF CALIFORNIA**
4
5        **IN AND FOR THE COUNTY OF SAN MATEO**
6
7    **William Henshall,**                    )
8                                             )
9                                             )     CASE No.  CIV464802
10              Petitioner                     )
11                                             )
12                                             )
13              vs.                            )     Declaration of Petitioner
14                                             )
15    Central Parking Inc.                     )     in support of Petition for
16                                             )
17    New South Parking Inc.                   )     Declaratory Judgment
18                                             )
19                                             )
20    Does  1 thru 50                          )
21                                             )
22              Respondents                    )
23                                             )
24    _____            )
25
26
27
28


Declaration of Petitioner Page 1 of 12

Petitioner William Henshall, appearing in propria pesona sui juris, makes the following declaration in support of his Petition for Declaratory & Injunctive Relief, to wit: ⁻

That my *life and limb is in immediate jeopardy* as I am threatened with virtually *immediate homelessness* and destitution as I have done an act that either qualifies me as *certifiably insane* or 100% correct on the legal issues presented in that, nearing the onset of my seventh decade, I have been suspended, if not *terminated*, from my job of many years, resulting in a direct threat to my life & well being (most especially as the *same* objections made in the instant case would also arise in *each and every* attempt I should make to find another job or means of livelihood).

The reason for this is that I have timely objected to the alleged requirements, from the point of view of Respondents, that I had to complete government issued documents which I have every reason to believe would, in effect via *fiction* of law, strip me of my lawful de jure State Citizenship and reduce me to a *de facto* federal "citizen" (and *artificial* entity) *completely* subject to the 'emergency powers' of either Congress or the President (acting as *Commander-in-Chief of the Armed Forces*), in either case exercising *federal regional martial law rule* not in time of war or

Declaration of Petitioner Page 2 of 12

even in time of a rebellion or invasion (see ***Ex Parte Milligan 4 Wall 2, Duncan v Kahanamoku 327 US 304***).

As a result of the ensuing dependent condition if I caved in, I, and *all* like situated, would be viewed by the 'system' as consenting to delegation to the de facto government the ***unlimited*** power to tax (***McCulloch v Maryland 4 Wheat 316***) our supposed "privilege" to engage in "employment" -- which is really a direct tax upon our ***property*** in the form of our time and labor -- and then to convert this to a (non-existent) social (in)security trust fund with benefits to be received at a later date -- benefits to which, it should be noted, there are ***no property rights*** cognizable by the Constitution (see ***Flemming v Nestor 363 US 603, 610***).

That the facts that have arisen with the takeover of Respondents of the parking concession at SFO have, at long last, allowed me to satisfy each and every element of the "***Ashwander Doctrine***" of status & standing and escape the position of zugzwang with the de facto government and compel ***them*** to either show cause why they are exercising powers not granted by the Constitution or, alternatively, to cease and desist such acts.

Declaration of Petitioner Page 3 of 12

That I in addition to the evidentiary Exhibits attesting to my identity and status that I can also produce, for an in camera inspection, the following documentary evidence:

1.    *Original* High School Diploma (in *original* envelope);

2.    Most, if not all, school report cards from Grades 1 thru 12;

3.    High School yearbooks for Soph., Jr., and Sr. years;

4.    Family Bible from father's side;

5.    Declaration of identity by older sister;

The instant petition is not only an attempt to seek redress of grievance, but one to save my job of *seventeen* years, which is my means of livelihood and *survival*, and that I have very much enjoyed and which is well adapted to my needs.

That the only reason that I was suspended or terminated, as the case may be, is because of my attempts to assert rights secured to me by the ***Constitution for the united States {1787/1791}*** as a lawful de jure jus sanguinis & jus soli free white State Citizen.

Declaration of Petitioner Page 4 of 12

Respondent has stipulated, on several occasions, that it would very much like for me to work for them, if only I could complete the W-4 and I-9 Forms, the relevance of which I have disputed, with *considerable* support, to me (and *all* like situated), if not the constitutionality of the statutory schemes from which they emanate.

I have studied of the Constitution & Laws of the united States for the past *twenty two years* and, having acquired the knowledge of how the de jure government is supposed to work, and how the de facto system does work, I have attempted to seek redress of grievance so many times, without even a whimper of a response from any department of government, that I have lost count (see attached *Exhibits J,K,L,P,Q*) for a sample of but recent efforts).

I have been repeatedly arrested, charged, and prosecuted for alleged "public offenses" (*but never for a common law crime*), have repeatedly, timely, and substantively objected to the jurisdiction of the trial 'court', but without ever receiving a response from anyone sustaining the government's burden of proof, and 'tried' without the benefit, of, or evidently, the need for, a trial by jury according to the course of the common law (see *Blanton v N. Las Vegas, Nevada 489 US 538*, at least as regards 14th "amendment" citizens).

Declaration of Petitioner Page 5 of 12

Based on the knowledge acquired, I have made good faith rescissions of my application for a social (in)security account number (See *Exhibit "M"*), my application for a California Driver's License (the documentation for which has, alas, been lost over the course of many moves, as this was a very early action), and renunciation of my "citizenship", to the extent that it could be construed to be dependent upon Section 1 of the 14th "amendment" (see *Exhibit "B"*), in an effort to restore my status as a lawful de jure State Citizen (see ***Article IV, Section 2 of the Constitution, Scott v Sandford 19 How 393, Minor v Happersett 21 Wall 162, Van Valkenburg v Brown 43 Cal 43)***).

As a result of these acts, and my passionate belief and adherence to the philosophy and law upon which the ***Constitution for the united States {1787-1791}*** was ordained and established, including the concepts of Creator endowed inalienable rights of Citizens, a central government of ***defined and limited*** powers, and with the concurrent recognition, for the first and only time in history, that a man's life and happiness were ends in themselves, and *not* a means to an end for whatever dictator or collectivist government happened to be in power, I have suffered many losses and deprivations, many of which are in pursuance of the "*Ashwander*" requirements of status & standing, and some of

Declaration of Petitioner Page 6 of 12

which are not even capable of quantification and which have seriously diminished the quality of my life in many ways, to wit:

Never having my own family

Never having had a romantic relationship (though not without opportunities) as I have felt it manifestly unfair -- and have thought that a potential mate would as well -- to place such a person in a continual state of worry or concern that my life and/or my ability to provide for her, not to mention any children, could effectively be ended at any time, as is in fact now *directly threatened*;

Having to forgo health care for at least the past *nine* years as my questions regarding the possible, if not probable, connection to the de facto social (in)security system, supported by substantive legal authorities, have gone unanswered, just like every other inquiry, thus leaving the specter of being denied judicial relief for the (no doubt unstated) 'reason' that I had "availed myself of the benefit of the statute" (*Ashwander* 'Rule' 6);

Declaration of Petitioner Page 7 of 12

Having no connection with the de facto banking system (savings or checking accounts, CDs. credit cards and the like) as this would *require* the use of a social (in)security number, and, of course, no de facto credit "rating", thus being disabled, in the opinion of all affected parties, from obtaining any credit whatsoever which in turn operated as a limitation on, if not destruction of, my power to contract, and to acquire, let alone use, real or personal property (home, car, major appliances, etc.);

Having no government issued ID (or the need for such) and subsequently being barred from, at the moment, the right to travel, especially by airplane -- though if these regulations are valid, then they could be invoked for trains, buses, or any form of public transit whatsoever (and with the 4th Amendment, especially as purviewed through the 14th "amendment", providing *NO* protection from any of a multitude of 'peace' officers acting in the seemingly limitless wellspring of "national security" power assertions;

Being *compelled*, due to having no de facto government ID (in obedience to "*Ashwander*") to 'pay', in addition to all the "income" and other taxes confiscated from *my property* in

the form of checks discharging the obligations for my time and labor, *three and one half percent* more in check cashing fees, an aggregate total of more than *ten thousand* dollars over the years worked at SFO;

Being forced to either walk, or use public transit for the vast majority of my errands and outings, with the consequent loss of from *three* to *six* times the amount of time for a given errand or trip than would be needed if I could acquire and use property in the form of a conveyance. Not only does this reduce, on a daily and ongoing basis, the amount of things I can do, but it limits the range of my travel, causing me to miss out on events I might otherwise attend, even to visit my brother who I have not seen in years and effects a wrongful *taking of my life*, albeit piecemeal, for no reason and does so without Constitutional sanction.

As to the merits of the case, it is worth repeating that I have *NOT* refused to fill out either a W-4 or an I-9, but have stated the need for sufficient information about the allegedly applicable laws so as to make a *knowing, voluntary*, and *intelligent* decision about whether to complete and sign either document.

Declaration of Petitioner Page 9 of 12

In addition, I am on solid ground when claiming not to be an "employee" within the meaning of the W-4 (see e.g. 26 USC 3401(c), *Bass v US 784 F 2nd 1282*) and, with my ancestors having been here for at least *150 years* (*prior* to the War between the States) and my being able to prove my identity and status, it stands to reason that I, and *all* like situated, cannot be proper subjects of Congress' power over Immigration & Naturalization, thus no corresponding need or requirement for me to fill out and sign the I-9 form either, most especially in view of the possible consequences of such a "voluntary" act - see *In Re Meador 16 Fed.Cases 1294*.

Petitioner has made offers of possible solutions of the temporary situation, most especially suggesting that Respondent file an affidavit with the IRS (prototype provided -- see *Exhibit "I"*)) to exempt themselves from any actual or *perceived* liability or penalties for not having a social (in)security/taxpayer ID number for Petitioner, a remedy clearly supported by existing law and not amounting to any undue hardship on the part of Respondents.

In addition, Petitioner has indicated a willingness, if not desire, to be restored to his job while accepting, albeit temporarily and under *extreme duress and coercion*, a status in which he would ostensibly be subject to "backup withholding" as provided

for in the revenue statutes and codes.

Petitioner thus would not be constantly under the Damocletian Sword of Destruction throughout the course of these, and, perhaps, other, proceedings to obtain the redress of grievance *secured* to him by the Constitution and Respondent could consider itself in "compliance" with allegedly applicable laws and regulations.

Further, Petitioner, on his part, perceives that under such conditions *without any nexus* to, and in open disagreement with, the *de facto* government and/or it's system of *regional martial law rule*, his status & standing would be preserved to raise questions of de jure Constitutional law in *full* compliance with the dictates of "*Ashwander*", and thus an ultimate resolution could be reached on the grave matters presented herein for decision.

Having acted manifestly in good faith throughout, and having offered options to Respondent other than their hasty and ill advised suspension and/or termination of Petitioner, most especially with *no supporting legal authorities* to sustain their action and which alternatives would have provided a *reasonable* accommodation to Petitioner and worked no *undue hardship* upon Respondent(s) to

Declaration of Petitioner Page 11 of 12

adopt, Petitioner feels that, as a matter of *justice* and *equity*, he should be *forthwith* restored to his job at SFO nunc pro tunc July 1st, 2007 *with full back pay* (or at least the discharge of the obligations thereof), full seniority, and with medical benefits should they *not* be determined to be those of a "recipient of benefits under any program financed in whole or in part by federal funds" (42 USC 405(B)(i)(II)) for the duration of the proceedings in the instant case.

# *JURAT*

I, William Henshall, am the Petitioner in the instant case appearing in propria persona sui juris and declare, *under penalty of perjury*, that all facts stated herein are true of my own personal knowledge except those matters stated upon information and belief.

Date: _July 30th_, 2007

_William Henshall_
William Henshall/Petitioner
In Propria Persona/Sui Juris

Declaration of Petitioner Page 12 of 12