# PART 3 OF 3 PDF

DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURUSANT TO 28 U.S.C. SECTIONS 1441 and 1446

William Henshall v. Central Parking, Inc.; New South Parking, Inc.
Case Number: C 07-4448 SI

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** ) | |
| ) | |
| ) | **CASE No.** _____ |
| Petitioner ) | |
| ) | |
| ) | |
| vs. ) | Exhibit "I" |
| ) | |
| Central Parking Inc. ) | Petitioner's draft of |
| ) | |
| New South Parking Inc. ) | affidavit for submission to |
| ) | |
| ) | IRS by Respondent to |
| Does 1 thru 50 ) | |
| ) | exonerate Respondent |
| Respondents ) | |
| ) | from liability(ies) |
| ) | |
| _____ ) | |

To:  Internal Revenue Service

From:

In Re:  Request for "identifying number"

Date:

Please be advised, pursuant to ***Treasury Dept. Reg. 301-6109-1(c)*** that we have requested the "taxpayer identification number" of William Henshall apparently as mandated by 'law', but no such identifying number has been provided pursuant to this request by Mr. Henshall.

Accordingly, this affidavit to this effect is provided pursuant to ***Treasury Dept. Reg. 310-6676-1*** in order that any fines and/or penalties for failure to comply with such request will ***NOT*** be assessed against the requesting party (us) as we have thus discharged fully whatever obligation might exist to obtain requested information that has not been provided.

This declaration is made under penalties of perjury of any applicable laws.

_____

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) CASE No. _____ |
| Petitioner | ) |
| | ) |
| | ) |
| vs. | ) Exhibit "J" |
| | ) |
| Central Parking Inc. | ) Petitioner's  "RID" letter |
| | ) |
| New South Parking Inc. | ) to Rep. Tom Lantos |
| | ) |
| | ) |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| _____ | ) |

To:    Tom Lantos
U.S. House of Representatives

From: William Henshall

In Re:  "Real ID Act of 2005"

Date:  February 15, 2005

   Having read the text of Title II "Improved Security for
Drivers' Licenses and Personal Identification Cards" of the
proposed "*Real ID Act of 2005*" ("RID"), several questions arise
as to the application of such terms and conditions to lawful de jure
State Citizens and the jurisdiction and venue, not to mention
clause(s) of the *Constitution for the united States {1787-*
*1791}* invoked to sustain it's constitutionality, most especially if
attempted to be applied to such lawful de jure Citizens.

   As may be assumed from the many textual references to
*aliens* throughout, it may be safely concluded that the power of
Congress over Naturalization (*Article I, Section 8, cl.4*) is
necessarily invoked here and, as applied to aliens or immigrants, it
seems unlikely that any issues of Constitutionality arise.

   It's this business with the Secretary of "Homeland Security",
a gigantic boondoggle if ever there was one, where the difficulties
evidently arise with regard to the issuance of "state" drivers'

licenses or ID cards.

I note that ***Section 202(2)(c)(1)(C)*** of RID specifies "Minimum Issuance Standards" for these documents ***requires*** "proof of the person's social security number or verification that the person is ***not*** eligible for a social security account number".

I cannot but wonder what would constitute verification that the person is ***not*** eligible for a social security account number as this ostensibly relates to (a) "persons" subject to the terms and conditions of ***RID*** or (b) others not subject to ***RID***.

Further noted in Section ***202(2)(c)(2)(B)(i-ix)*** is the fact that the only possibly applicable ***required*** provision to a lawful de jure State Citizen to obtain a license or ID is that he or she is a "citizen of the United States".

My understanding is that the only statutorily codified and recognized definition of "citizen of the United States" is in ***8 USC 1401(a)*** which language is identical to Section 1 of the 14th "amendment" and thus must have the same meaning.

Research on the subject of Citizenship and Nationality has disclosed that as a lawful de jure free white State Citizen my Citizenship does not arise from any provision of the 14th "amendment" (See e.g. *Scott v Sandford 13 How 393, Minor v Happersett 21 Wall 162, Van Valkenburg v Brown 43 Cal 43*).

Further research on the subject of the issuance of a drivers' license or ID card shows *clearly* that these documents can be issued to a "person" only upon a showing that *his presence in the United States is authorized by federal law* (*Nowlin v DMV 53 C. A. 4th 1529, Lauderbach v Zolin 35 C. A. 4th 578, Hershey v DOT 669 A 2nd 517*).

This sort of requirement seems anomalous, if not unconstitutional, if applied to a lawful de jure State Citizen who is a Citizen by the common law maxims of jus soli and jus sanguinis and *domiciled* in one of the Several States as a Citizen thereof.

As a member of the Sovereign Body Politic and "Our Posterity" which formed both the States and the united States it seems, to use the vernacular, specious, frivolous, and without merit that such a Citizen should be required to have permission from the federal government to justify his presence in a State or, arguably, even in a federal territory which might be subject to more

regulation and control by Congress (***Article IV, Section 3, Downes v Bidwell 182 US 244, Duncan v Kahanamoku 327 US 304***).

All of this, and then some (!), leads to the inevitable conclusion that a lawful de jure State Citizen is not a "person" required to have either a drivers' license or 'state' ID card and this does not even take into account that the application for a social security account number is, by it's own clear and unambiguous terms, ***voluntary*** in nature (See ***42 USC 302(a)(8)***).

If there are errors in any of these arguments, it would be greatly appreciated if the same were pointed out along with lawful authority that would render them incorrect. Should they, however, be right then I will need to know how to establish, as a matter of law and documentation, that I have this status in order, among other things, to defeat the exercise of a jurisdiction "foreign to our Constitution and unacknowledged by our laws" each and every time it is attempted to be used against me.

Please address all correspondence to me at my address *exactly* as it appears below.

Constitutionally,

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | )     **CASE No.** _____ |
| Petitioner | ) |
| | ) |
| | ) |
| vs. | )     Exhibit "L" |
| | ) |
| Central Parking Inc. | )     Petitioner's  letter to |
| | ) |
| New South Parking Inc. | )     Sec. State C. Rice of |
| | ) |
| | )     May 2005 |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| _____ | ) |

To:   C. Rice
      Secretary of State
      Washington, DC

From:  William Henshall

In Re:  Passport application procedures

Date:  May 17, 2005

   While this is not the first time these matters have been
brought to the attention of this office, one having, arguably in the
de jure government, the authority to entertain them and provide
opinions, if not decisions as to the legal points involved, there is
now further information that was not previously known by me as to
some of the issues necessarily involved, most especially as to status
and standing and more particularly as to individuals having my
ostensible status as *stateless*, and/or an alien, however
*involuntarily* constituted, despite what I had heretofore supposed
to be the lawful de jure jus soli and jus sanguinis status of a free
white State Citizen (See e.g. *Scott v Sandford 19 How 393, Van
Valkenberg v Brown 43 Cal 43, Minor v Happersett 21 Wall 162*).

As this office is well aware, it is to effect a remedy for this stateless condition that I made, on or about the 31st day of July 2000, a lawful renunciation of my United States "citizenship", insofar as it might be construed to be derived from the 14th "amendment", having the full lawful authority to so act and, if regarded as necessary, the full sanction of the law as well (see e.g. *15 Stat. 223, R.S. 1999, 14 Op. Atty. Gen. 295*).

Upon the occasion of such renunciation, I received from this office a courteous, if ***non-responsive*** reply, that simply failed to address any of the grave questions of Constitutional law that are necessarily present in such circumstances.

Coming to the present issue of how one of my status can apply for, and receive, a united States passport, in particular furtherance of one's ***right to travel***, a right secured as long ago as the ***Magna Carta (1215)*** (see e.g. ***Kent v Dulles 357 US 116*** [*]) but not "agree", via ***fiction of law*** or otherwise, to having one's status reduced from a lawful de jure State Citizen to a de facto United States "citizen", no answers have been forthcoming from this office, as one might suppose it has the duty, as a matter of redress of grievance if nothing else, to provide.

As you know, there is a section on the application that is **_required_** to be filled out and signed **_under penalty of perjury_**, confirming that the applicant is a "United States citizen", yet under no definition of this term in use at present, of which I am aware, can I be said to possess such "citizenship". If I am a Citizen of the united States it results from the fact that I am a lawful de jure State Citizen (**_Article IV, Section 2_**) and not from any act of the national government which is without either power or authority in this area, save for the 14th "amendment" in the event that it withstands an attack upon it's application, if not constitutionality, by a claimant having the **_proper status and standing_** to make the challenge.

Even more sanguine here is that the exact same argument is available as against being denied the **_right to vote_** and in the absence of having one's voice being heard, one wonder's just what **_fiction of law_** the de facto government uses to presume that it has "the consent of the governed" of those denied this right (such as the millions of white southerners immediately after the conclusion of the War between the States, **_unrepresented_** and oppressed by the many Acts of the venal 39th Congress spearheaded by the traitors Thaddeus Stevens, Charles Sumner (who at least received some retribution for his violation of his oath of office), Roscoe Conkling and the like).

As such, in view of the decisions of the supreme Court of the united States in the cases of ***Perez v Brownell 356 US 44*** [*], ***Trop v Dulles 356 US 86*** [*], ***Rogers v Bellei 401 US 815*** [*], ***and, most egregiously, Shaughnessy v Mezel 345 US 206*** [*], it would appear that without the issue of my de jure status being resolved that should I venture outside the borders of the United States or, worse, be removed from the united States by de facto authorities (See Marcello, Carlos; Lansky, Meyer), upon attempted reentry I could be held, ***indefinitely***, as an undesirable ***enemy alien*** and/or pose a danger to the "public interest", on the naked and unsupported assertion of the Attorney General ***without the right to know either the basis for the denial or even an administrative, let alone judicial, hearing*** such as it might be assumed that the ***Constitution for the united States {1787-1791}*** mandates.

Now, with the enactment of the ingeniously misnamed "***Patriot*** Act" who knows what unlimited powers the executive branch of government thinks it has to control "terrorism" and maintain the "safety" of the United States borders. Why as an advocate for the status of a free white man and State Citizen, as known and understood by the framers of the Constitution, I, and all like situated for that matter, could be considered threats to the "security" of the United States or, more accurately, the ***national socialists*** lurking behind, but in complete control of, the de facto

government.

And if you are perceived as a "threat" to the United States, who knows what can happen to you (see e.g. Ruby, Jack; Brussell, Mae; deMohrenschildt, George; Ferrie, David; Sherman, Mary; Boggs, Hale; and, of course, the piece de resistance, JFK).

Now I might hasten to point out that in none of the decisions cited, or in any others in my many sojourns through the judicial history of the Republic, have I found any cases that challenge at least the applicability, let alone constitutionality, of the 14th "amendment" and the *federal regional martial law* spawned pursuant thereto which has kept the Republic in, as a practical matter, one state of "emergency" after another for the past *138 years*, the invocation of which has destroyed the Several States and rendered them nothing more than *federal regional legislative territories* subject, for all apparent intents and purposes, to the *unfettered* discretion of the *National* Congress to rule (See e.g. *American Insurance v Canter 1 Peters 511*).

Furthermore, I am simpatico with the Ashwander 'Doctrine' established by the supreme Court regarding it's rules for hearing and deciding cases that come before it for decision (see e.g. *Ashwander v TVA 297 US 288,341* [*]) and believe that, if and when the time comes, I can successfully defeat any actions taken against me by the de facto government, but the ***loss of personal liberty*** while so doing could be prohibitive and it's with this type of concern in mind that I am re-submitting these issues to this office, notwithstanding either the nature of the office nor the fact that the fox is in the henhouse, so to speak, and that there might well be an agenda against the recognition of the status of a lawful de jure State Citizen.

And if I may be permitted a few words on the subject of policy and priorities, it would seem that close attention to domestic matters, most especially of the type presently under discussion, would do far more to advance the causes for which this office was ordained and established than the current globe-trotting and gallivanting, particularly in the oil-rich Middle East, to do nothing more than protect the interests of, in effect, Standard Oil New Jersey, in an area in which our military presence is ***sorely lacking*** in any apparent Constitutional imprimatur, at least in my copy of that august document.

Hopefully this time some answers will be forthcoming so that if the powers exercised and claimed to be present pursuant to some or another provision of the Constitution can be known and subjected to whatever modifications and amendments necessary to restore the Republic and end, in effect, the ***domestic terrorism*** (national socialism) run wild these last ***70 years*** in particular.

A final note on the 'war' on "terrorism": at what time did wars cease being against other antagonistic Nations, not to mention in defense of American shores, and involve protection of corporate property interests (if corporations could be said to have any property interests cognizable by the Constitution) and be waged against ***ideas***, yet another ***fiction of law*** against, in effect, a wisp of smoke and an "enemy" incapable of defeat with this "war" like it's many brethren (the "war" against poverty jumps immediately to mind, not to mention the "war" in Vietnam and the Korean "war") being not only unwinnable but ***designed to be lost on purpose*** ???

I have taken the liberty to enclose a copy of another attempt at redress of grievance sent to Rep. Lantos, albeit without even being in any sense a constituent member of that electoral district the hopes that a multi-faceted approach to the difficulties might produce some substantive results which after 20+ years I think I am entitled. If I am wrong on any issue presented, it should be easy

to show me where and why.

   In the event that a reply, hopefully substantive and responsive, is forthcoming to these inquiries, please send the same to me at my address exactly as it appears below.


            Constitutionally,


            /s/
_____
William Henshall
**_First Judicial District_**
P. O. Box 281676
San Francisco, California, USA


*    de facto 14th "amendment" decisions all, used for purposes of illustration only, not for precedential value as to any de jure claims that might come before the Court for decision

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | | |
|---|---|---|
| **William Henshall,** | ) | |
| | ) | |
| | ) | CASE No. _____ |
| Petitioner | ) | |
| | ) | |
| | ) | |
| vs. | ) | Exhibit "M" |
| | ) | |
| Central Parking Inc. | ) | Petitioner's  Rescission of |
| | ) | |
| New South Parking Inc. | ) | Social Security Account |
| | ) | |
| | ) | of August 1998 |
| Does  1 thru 50 | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

William R. Henshall
*First Judicial District*
P.O. Box 281676
San Francisco, California

### Rescission of Social Security Policy and Application; Notice by Affidavit

State of California          }
                             }    Affirmed
County of San Mateo          }

I, the undersigned, being a ***Free White Citizen in the State of California*** and thereby in the united **States** of America, do hereby affirm, declare, and give notice that:

1.  I, William R. Henshall, am of lawful age and competent; am a natural born Free White Citizen in the State of California and thereby in the united States of America in fact, by ***Right of Heritage*** , within the State of California, protected by the ***Original, Organic Constitution for the united States (1787-1791) including it's Preamble and Bill of Rights***; retain ***unalienable Rights of God*** in the positive Law embodied by the ***Declaration of Independence (1776),*** binding upon myself and my parentage this day and for all time and;

2.    That there exists, to the best of my knowledge and belief, no state of ***insurrection or rebellion*** among the Several States nor any state of war which would mandate the declaration of ***Martial Law in any of it's various forms*** and that the courts of the Union and of California are open for the transaction of business;

## Statement of Original Status

3.    I, William R. Henshall, a free white male, was born on September 21, 1948 in the County of Prince Georges, in the State of Maryland, a State of the united States of America; and

4.    I, William R. Henshall, was sired by Benjamin Harold Henshall Jr., a free white male born on November 25, 1919 in Maryland, a State of the united States of America; and

5.    I, William R. Henshall, was given birth by Margaret Marie Davis, a free white female born on April 27, 1921 in (West) Virginia, a State in the united States of America; and

6.  Benjamin Harold Henshall Jr. and Margaret Marie Davis were one, joined in the state of Holy wedlock at the time that William R. Henshall was born to them; and

7.  Benjamin Harold Henshall Jr., William R. Henshall's father, was sired by Benjamin Harold Henshall Sr., a free white male born circa 1886 in the City of Bridgeton in the State of New Jersey, a State in the united States of America; and

8.  Benjamin Harold Henshall Jr., William R. Henshall's father, was given birth by Hilda Benson, a free white female born in 1892 in the City of Olney, County of Montgomery, State of Maryland, a State in the united States of America; and

9.  Benjamin Harold Henshall Sr. and Hilda Benson were one, joined in the state of Holy wedlock at the time Benjamin Harold Henshall Jr. was born to them; and

10.  Margaret Marie Davis, mother of William R. Henshall, was sired by Claude Franklin Davis Sr., a free white male born in August 1, 1892 in the City of Bluefield, County of Mercer, State of (West) Virginia, a State in the united States of America; and

11.  Margaret Marie Davis, mother of William R. Henshall, was given birth by Arra Catherine Brooks, a free white female, born April 14, 1898 in the City of Tiptop, County of Tazewell, State of Virginia, a State in the united States of America; and

12.  Claude Franklin Davis Sr. and Arra Catherine Brooks were one, joined in the state of Holy wedlock at the time of the birth of Margaret Marie Davis;  and

## Statement of Cause

13.  Social Security (FICA, OASDI, or however else denominated) is a ***voluntary*** social insurance scheme which, by submission, suborns me, William R. Henshall, an otherwise free white natural native born Citizen in the State of California and thereby in the united States of America, into the Federal jurisdiction

that has been created within the **_regional_** governmental concepts to divest the **_Posterity_** of their birthright in the Statute of 1776 (**_Declaration of Independence_** and of the protections of the **_organic Constitution for the united States (1787-1791)_**    and to reduce the Posterity to **_mere subjects_** of the government of the United States to be bound, ostensibly, in **_all cases whatsoever by it's legislative and/or executive acts_** and thereby reduce the Sovereignty of the Several States to no effect and to rule the States in the regional venue of centralized government through the agency of the **_national socialist statutory scheme known as Social Security and it's legislative/executive brethren_** and;

14. The Social Security statutory scheme is deployed to limit my title of "Citizen" with intent, through **_misrepresentation and fraud_**, to impair, extort and divest me of my God given natural unalienable Rights otherwise protected by the limitations set forth in the Organic Law for the united States of America, by ostensibly **_requiring me through uninformed, implied and direct consent (submission)_** to surrender or limit the effect of my title of American Citizen, to accomplish ends wholly beyond the sphere and boundaries marked out by the **_Declaration of Independence (1776)_** and the **_Constitution for the_**

*united States {1787-1791}*, and

15. The Social Security statutory scheme is a stealthy encroachment on, and an easy method by which to circumvent, the limitations and guarantees provided by "We the People" in the Organic Law of the Nation against singular centralized government, specifically, but not limited to, the limitations and guarantees against abridgment and/or subornation of my Inalienable and Unalienable God given Rights, as expressed in the ***Declaration of Independence (1776),*** as set out in the original ***Constitution for the united States {1787-1791}*** as earlier expressed in the ***Declarations of Rights of 1765 and 1774*** of the First Continental Congress; and

16. Participation in the statutory scheme known as Social Security, a social insurance scheme, and the agency (power of attorney) thereunder, is an attempt by the government to ***compel*** me into a joint venture, with ***regional (interstate and/or international)*** statutory implications, of an intragovernmental nature, in the unauthorized jurisdiction(s) that now exist in the United States, ***, codified*** pursuant to declaratory "amendments" to the ***Constitution for the united States {1787-1791}***; and

17. Only by my ***informed consent*** (e.g. ***... consent of the governed -- Statute of 1776***) can the government exercise any unauthorized intragovernmental authority or jurisdiction over me, in the jurisdiction(s) outside the limitations of the Organic ***Constitution for the united States (1787/1791)***, and

18. All power (right) belongs within myself, to accept or deny such exercise or control, in areas of law which are not within the jurisdiction of the Organic ***Constitution for the united States {1787/1791}*** and the ***Constitutions of the Several States***, that could pertain, or purport to pertain, to myself as one of "We the People" of the ***Preamble to the Constitution for the united States {1787/1791}*** which power (right) is protected as set forth in the ***Ninth Article of Amendment to the Constitution for the united States {1787/1791}***; and

19. I was deceived into believing that I was ***required, or could be required***, to obtain a social security number in order to exercise my basic rights of ***Life, Liberty, and the Pursuit of Happiness*** ; and

20. The application for such social security account number (SS-5) contains ***neither warning nor explanation of it conditions and implications nor***

***does  it set forth wherein the same might be discovered***; and

## ***Rescission for Cause***

21.    WHEREFORE formal notice is hereby given that I, William  R.  Henshall, a free white American Citizen and  member of the Posterity as set forth in the Organic Law of the Nation was, in fact, duped, deceived, and  misled into an act of submission, without my ***informed consent***, by the schemes, devices, and plans of the government of the United States and it's agents and agencies, do hereby ***Rescind,  Repudiate, and  Cancel***  the application for the aforesaid social security account number and ***all obligations and "benefits"*** therewith associated and reclaim my title as  a free white Citizen of the State of California and ***thereby*** in the  united States of America and co-heir to   the Declaration of Independence (1776) and do hereby rescind said social insurance account and number  -----------, and the agency thereby represented, and specifically deny any consent whatsoever to be governed by a jurisdiction ***foreign to our constitution and unacknowledged by our laws***  for the past, this day, and for all time;  and

22. WHEREFORE notice is given that I, William R. Henshall, hereby repudiate all statutory benefits and obligations associated with such social security account number and statutory scheme; that I **_absolutely_** will not use accounts established thereunder, identifying numbers and/or other identifiers which represent, in whole or in part, said account and that I will not apply for, receive, collect, or attempt to apply for, receive or collect, any privilege or benefits established under said social insurance scheme whatsoever; and that the numbered account will be treated as though it had never been applied for or established as fully as if the same had never been applied for or assigned; and

## _Intent_

23. My intent is to be a free lawful Natural Citizen of California and **_thereby_** of the united States of America and co-heir to the Organic Law as stated in the **_Declaration of Independence (1776)_** and as restated in the **_Preamble to the Constitution for the united States {1787/1791}_**, which pursuant to Organic Law

I am in fact; to claim my God given rights declared by the Statute of 1776, and the limitations upon government as set out in the Original *Constitution for the united States {1787/1791}*, and to re-establish myself as an American Citizen *de jure   jus soli and jus sanguinis* and of preserving the   *Republic* established by the Founding Fathers of the   Nation by the *Constitution for the united States   {1787/1791}*  and

24.   The statements and information contained herein are true of my own personal knowledge and/or to the best of my knowledge and belief and are set forth for cause, superseding any previous denials of the aforementioned that I may have made to date; and my signature and seal hereafter are *voluntary Acts* of my own hand; and

## Notice to Trespassers

25.      This is notice to all who would subject me to a deprivation of my rights and corresponding responsibility, as an American Citizen, pursuant to the *Statute of 1776 (Declaration of Independence)*. All claimants have *30 days from the date of receipt* of this "Notice by Affidavit" to make any  claims such claimants may wish to assert in a court

of organic *Article III judicial authority* ;  failure to do so is an  admission of all of the facts as herein asserted and  will operate as an estoppel via laches upon all comers. Any further deprivation of my vested Rights as an American Citizen by any  governmental agent(s) or agency(ies) will be, by it's taking place, a declaration of Mixed War between codified statutory law (Federal Regional Martial Law)  and common law, waged against me, by whatever person or entity who might commit such trespass , and will be remedied by whatever action is necessary and lawful taking into account the moral gravity and seriousness of the deprivations in the particular instance; and


## Further Affiant Sayeth Not

Subscribed and affirmed ***nunc pro tunc*** on the date of my attaining majority, September 21, 1969 and, ***nunc pro tunc ab initio*** as regards the application for the aforementioned social security account number.

Subscribed, sealed, and affirmed this _____ day of

_____, 1998 Anno Domini in the County of San

Mateo, State of California.

_____

William R. Henshall
***First Judicial District***
P.O. Box 281676
San Francisco, California

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | )    CASE No. _____ |
| Petitioner | ) |
| | ) |
| | ) |
| vs. | )    Exhibit "N" |
| | ) |
| Central Parking Inc. | )    Declaration of Mary C. |
| | ) |
| New South Parking Inc. | )    Harris (Sister) of identity |
| | ) |
| | )    of Petitioner |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |

To:    Whom it may concern

From:  Mary Harris

In Re:  Identification of William Henshall

Date:  July 13th, 2007


Please take notice that this confirms that the signature and thumbprint below for William Henshall are in fact his. He is my *younger* brother born September 21st, 1948 in Takoma Park, Maryland to our parents, Benjamin Harold Henshall and Margaret Marie Henshall nee Davis. All of us are free white State Citizens.

In addition, this is to confirm the data listed in the Henshall Family Bible back to about 1860, of which my brother William is the custodian, and our family history in America on our mother's side that dates back to 1730.


*Mary Harris*
Mary Harris                                    (Seal)
46 Frances Ann
Oakville, Connecticut


*William Henshall*
William Henshall                               (Seal)

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | | |
|---|---|---|
| **William Henshall,** | ) | |
| | ) | |
| | ) | **CASE No.** _____ |
| Petitioner | ) | |
| | ) | |
| | ) | |
| vs. | ) | Exhibit "O" |
| | ) | |
| Central Parking Inc. | ) | Respondent's demand |
| | ) | |
| New South Parking Inc. | ) | letter of July 16th , 2007 |
| | ) | |
| | ) | |
| Does  1 thru 50 | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |
| | ) | |
| _____ | ) | |



**New**
**South**
**Parking**

San Francisco Airport Branch
P.O. Box 280567
San Francisco Int'l Airport
San Francisco, CA 94128-0567
Phone: (650) 821-7900
Fax: (650) 821-7924

<u>**VIA CERTIFIED MAIL-RETURN RECEIPT REQUESTED**</u>

July 16, 2007

William Richard Henshall
P.O. Box 281676
San Francisco, California

Re: Employment Application

Dear Mr. Henshall:

Thank you for submitting your application to New South Parking and attending our employee orientation last month.   In order for you to work for the company, you need to provide us the appropriate information so that the I-9 and W-4 forms can be completed. If you do not provide us this information by Tuesday, July 31, 2007, we cannot consider you for employment with our company.  We are simply trying to follow our obligations under the law.

If you have any questions or concerns, feel free to contact me at 650-821-7900 during normal business hours.

Sincerely,

Eric Loudin
General Manager

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) **CASE No.** _____ |
| Petitioner | ) |
| | ) |
| | ) |
| vs. | ) Exhibit "P" |
| | ) |
| Central Parking Inc. | ) Petitioner's letter to |
| | ) |
| New South Parking Inc. | ) Speaker Nancy Pelosi |
| | ) |
| | ) of July 3rd, 2007 |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| _____ | ) |

Nancy Pelosi
United States Congress

Dear Speaker --                                                    7-3-07

As the representative of the San Francisco district and with due regard to your recent naming as the Speaker of the House, I am addressing grave issues of freedom and liberty that have arisen on the very eve of the anniversary of the independence of the Republic which threaten to deprive me of my job and, by extension, *my life* which I hope, with the peculiarly strong obligations of your current position and the knowledge of one holding this position of trust, guidance can be sought so as to settle these matters without the need for protracted litigation.

Indeed, but a few supporting words from you sustaining the positions I have taken as set forth in the accompanying documents is sure to bring a swift and satisfactory end to the impasse.

I have worked at the San Francisco International Airport these past *seventeen years* without incident and with considerable distinction when one considers the work record that has been thus established. I daresay that, to a man, none of my many co-workers would take issue with any matter falling within the domain of work related issues, though I cannot claim that some might otherwise disparage me personally for real or pretended reasons of their own.

Upon reporting for work, as I have done all these years, upon the third day of the regime of the latest vendor for the parking concession, I was notified, albeit by a curious combination of circumstances, that my shift had been replaced until further notice until such time as certain documents had been completed by myself in ostensible relationship to the new work relationship.

Having made previous assertions, amply supported by many legal authorities, I took, and currently espouse, the position that none of such documents (many by their own terms voluntary) had any application to me as a lawful de jure jus sanguinis & jus soli free white State Citizen (see *Article IV, Section 2* of the *Constitution for the united States {1787-1791}*, with my family heritage tracing back almost 300 years on my mom's side and to at least the time of the War between the States on my dad's, attest *conclusively* to my not being subject to the Immigration & Naturalization powers of Congress, thus obviating the need to fill out a form I-9 which completion, in any event I could not do by apparently lacking any of the de facto identity documents which would satisfy the 'requirements' of such I-9 form.

Indeed, to acquire some of such identity documents (passport and voter registration come immediately to mind) an applicant would be forced to declare, *under penalty of perjury*, that he was a "citizen of the United States". Not being such a 'citizen', as that term is currently defined, I would have no defense to a prosecution for such an act of perjury, I opted to invoke my *right* not to be a witness against myself in a criminal case (5th Amendment -- notably the unpurviewed version thereof -- see e.g. *Boyd v US 116 US 616*) and not apply for a passport or to vote.

As the only statutory definition of such 'citizenship' that I have been able to find emanates from 8 USC 1401(a) which language is *exactly* identical to that contained in Section 1 of the 14th "amendment", it is my position, not without considerable support, that if I am a united States Citizen it cannot in any way be related to these provisions of law.

In addition, it is personally offensive to me and, I believe, obnoxious to the *Constitution*, that a member of "Our Posterity" as mentioned in the *Preamble* to that august document, could

somehow be required to have the permission of the de facto national government to 'engage in "employment"' or even to be considered to have permission to be "lawfully within the United States".

We come next to the W-4 form, promulgated pursuant to some or another statute or regulation dealing with Internal Revenue. Now this form evidently requires the entry of a social (in)security number and thus assumes that one is required to make application for such account number.

This is at sharp variance with the language of both 42 USC 302(a)(8) and 42 USC 405(c) which are the only authorities that I have been able to find dealing with the issuance of such account numbers and, not being an alien nor otherwise subject to the Immigration powers of Congress, I have made no such application.

Further, the passive filling out of a W-4, or, evidently, any other such tax form, amounts to "evidence" that the applicant is, among other things, an "employee", "individual", "taxpayer". "United States citizen", even a "person", *artificial* entities all and thus subject to a system of income taxation *without limitation* (not to mention *without representation* !!) in which the only remedy provided for a "taxpayer" is found in an *Article I tribunal* (the Tax "court") and a system in which there is no right of a trial by jury or any other judicial process, nor access to any *Article III* Courts (see e.g. 26 USC 6305).

And in this system of taxation, *unlimited* by Constitutional fetters if we can believe Chief Justice Marshall's statement in __*McCulloch v Maryland 4 Wheat 316*__ that "the power to tax is the power to *destroy*", a ""taxpayer" has a *zero* interest in his time or labor" (a quotation from a report by the House Subcommittee on Banking & Finance that, alas, I have misplaced my copy and therefore cannot

cite) thus making his income 100% taxable !

In summation, the de facto system of democratic government into which my company, for all intents and purposes, want me to subject myself to is, arguably, in violation of virtually every provision of the *Constitution for the united States {1787/ 1791} Articles I-VI and Amendments I-X* thereof and the federative republican triune Nation ordained and established by the Framers of the Constitution (see e.g. *Ex Parte Milligan 4 Wall 2*)

Please address all correspondence to me at my address *exactly* as it appears below.

Your timely assistance is solicited and appreciated --

Constitutionally,

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078/cell

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

## IN THE SUPERIOR COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | | |
|---|---|---|
| **William Henshall,** | ) | |
| | ) | |
| | ) | CASE No. _____ |
| Petitioner | ) | |
| | ) | |
| | ) | |
| vs. | ) | Exhibit "Q" |
| | ) | |
| Central Parking Inc. | ) | Petitioner's letters to |
| | ) | |
| New South Parking Inc. | ) | Assemblyman Mullin |
| | ) | |
| | ) | of July & Nov. 2005, |
| Does  1 thru 50 | ) | |
| | ) | and March 2006 |
| Respondents | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

To:   Assemblyman Gene Mullin
      San Mateo, California

From: William Henshall

In Re: Sundry matters of Constitutional law

Date: July 25, 2005


  Having had no success to date with the presentation of
grave issues of Constitutional law set forth in the accompanying
letters to Congressman Lantos (and also presented to numerous
other bureaurats, judges, commissioners, etc. over the past _**20
years**_), I am placing them before you in the hope that some
explanations, if not relief, will at last be forthcoming.

  This is so in spite of the fact that not only can I not say
with any certainty that I am a constituent to whom such a duty
might be owed, but that there may not be any functioning lawful de
jure State government from which to seek redress of grievance
(and I can make an excellent case that there are _**NO**_ States such as
would be known and understood by the framers of the
_**Constitution for the united States {1787/1791}**_ as I trust
these letters will clearly demonstrate).


  If you have any questions or need further information, I
will make myself available to meet at any mutually convenient time
and place. As an ostensible member of the legislative department
of one of the Several lawful de jure States, we should be on the
same side here, most especially in the effort to return to the States

and the People those powers reserved exclusively to them by the *Constitution for the united States {1787/1791}.*

Please send all correspondence to me at my address *exactly* as it appears below.

Constitutionally,

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA

Assemblyman Gene Mullin
1528 S. El Camino Real
San Mateo, California

Sir --                                              11-17-05

    Please find enclosed copy of a letter to me from the Bay Area
Automotive Group Welfare Fund (BAAGWF), of which I am
ostensibly a member, and my reply dated today discussing issues
relevant to the matter of whether or not I do in fact have health
care benefits upon which I might rely without at the same time
placing life and limb at risk of being "found" in a *federal regional
martial law jurisdiction and venue* (See e.g. *26 USC 7408[c])* and
*NOT* in the *State Judicial District* in which I am, as a lawful de
jure free white State Citizen, *domiciled*, conditions which were
specifically set forth in earlier and, alas, unanswered
correspondence to you on this very subject matter.

    As I have neither as yet been advised of the law relied upon
by *BAAGWF* in making the noted change, nor been able to locate
the same myself, this is a request to you to provide information on
the same, including written copies thereof and an expression of
your opinion as to whether the same *fictions of law*, pursuant to the
'*Ashwander* Doctrine' (see e.g. *Ashwander v TVA 297 US 288,341*

Assemblyman Gene Mullin
1528 S. El Camino Real
San Mateo, California


Sir --                                        11-17-05

    Please find enclosed copy of a letter to me from the Bay Area
Automotive Group Welfare Fund (BAAGWF), of which I am
ostensibly a member, and my reply dated today discussing issues
relevant to the matter of whether or not I do in fact have health
care benefits upon which I might rely without at the same time
placing life and limb at risk of being "found" in a *__federal regional__*
*__martial law jurisdiction and venue__* (See e.g. *__26 USC 7408[c]__*) and
*__NOT__* in the *__State Judicial District__* in which I am, as a lawful de
jure free white State Citizen, *__domiciled__*, conditions which were
specifically set forth in earlier and, alas, unanswered
correspondence to you on this very subject matter.

    As I have neither as yet been advised of the law relied upon
by *__BAAGWF__* in making the noted change, nor been able to locate
the same myself, this is a request to you to provide information on
the same, including written copies thereof and an expression of
your opinion as to whether the same *__fictions of law__*, pursuant to the
'*__Ashwander__* Doctrine' (see e.g. *__Ashwander v TVA 297 US 288,341__*

et seq.), would still apply to the use of the benefits thus stripping me of my lawful de jure State Citizenship and converting me to a de facto 14th 'amendment' federal "citizen" and ousting me of the essential status to invoke, let alone receive, the right to redress of grievance, secured by, among other things, provisions of the *Constitution for the united States {1787/1791}* and further frustrate my efforts at obtaining such redress.

My concerns in this area are especially reinforced by *Article I, Section 12 of the California Constitution of 1849* (which as a matter of law I believe to still be in *full* operation -- see *Article II, Section 1* thereof and *Scott v Sandford 19 Howard 393*) and/or it's latter day counterpart *Article I, Section 5 of the California Constitution of 1879 as amended in 1982* ,though it is *stressed* that my reliance is firmly rooted in the *de jure Constitution of 1849* and not it's mongrel de facto descendant, which clearly states that the military, and one might conclude by logical inference, martial law, power is *subordinate* to the civil power.

Given the gravity of the situation, I am prepared, upon request, to meet at any mutually convenient time and place to provide as much further clarification and supporting legal

authorities for the positions hereinabove stated, and other ancillary matters, as might be desired in order to effect a speedier and more thorough resolution to this situation. Please advise.

Please address all correspondence to me at my address *exactly* as it appears below for what are hopefully painfully obvious reasons.

Constitutionally,

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA

To:    Gene Mullin
        California Assembly
        Sacramento, California

From:  William Henshall

In Re: Help America Vote Act of 2002

Date: March 31, 2006

    In a burst of perhaps unjustified optimism, especially given the non-responsive record of this office on previous attempts to seek redress of grievance, I am enclosing a copy of my letter to the California Secretary of State in regard to the rules and regulations of the Help America Vote Act of 2002 (HAV) that have recently become active questioning the application, if not the constitutionality, of HAV as applied to lawful de jure State Citizens to illustrate the ***shared*** position that we should occupy as to the continued erosion of reserved powers of the Several States by the National ***de facto*** government.

    Perhaps if you can come with any defense for this socialist statutory scheme such as would provide at least non-frivolous defense in a judicial court to a challenge of the same, it would be appreciated to be made aware of it ***in writing and with supporting legal authorities in support thereof***.

    At least this request should be construed by the Court as a good faith effort to exhaust remedies that are ***theoretically*** available should the same be thought essential to the issue of status and standing.

_____
William Henshall

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco,  California, USA
650-255-3078

**IN THE SUPERIOR COURT OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN MATEO**

| | |
|---|---|
| **William Henshall,** | ) |
| | ) |
| | ) CASE No. _____ |
| Petitioner | ) |
| | ) |
| | ) Notice of Hearing Date |
| vs. | ) |
| | ) |
| Central Parking Inc. | ) Date: _____ |
| | ) |
| New South Parking Inc. | ) Time: _____ |
| | ) |
| | ) Dept.: _____ |
| Does  1 thru 50 | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| _____ | ) |

PLEASE TAKE NOTICE that Petitioner William Henshall will proceed with a hearing on his Petition for Declaratory & Injunctive relief on the _____ day of _____, 2007 at _____ o'clock _____ in Department of the hereinabove entitled court at 400 County Center, Redwood City, California.

_____
William Henshall/Petitioner
In Propria Persona/Sui Juris

# EXHIBIT 2

William Henshall v. Central Parking, Inc.; New South Parking, Inc.
Case Number: C 07-4448 SI

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State and number, and address):*
WILLIAM HENSHALL
FIRST JUDICIAL DISTRICT
PO BOX 281676
SAN FRANCISCO, CALIFORNIA, USA
TELEPHONE NO.: 650-255-3078    FAX NO. *(Optional):* N/A

E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* IN PROPRIA PERSONA

**Legal Department**

**JUL 3 1 2007**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY, CALIFORNIA
BRANCH NAME: SOUTHERN

PLAINTIFF/PETITIONER: WILLIAM HENSHALL

DEFENDANT/RESPONDENT: CENTRAL PARKING INC, ET AL

CASE NUMBER:
CIV 464802

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):* DECLARATION OF PETITIONER, EXHIBITS A-B, NOTICE OF HEARING, NOTICE AND ACKNOWLEDGEMENT
3. a. Party served *(specify name of party as shown on documents served):*
      NEW SOUTH PARKING INC.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: SAN FRANCISCO INTL. AIRPORT PARKING GARAGE 3RD FLOOR

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*        from *(city):*        **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT 3

William Henshall v. Central Parking, Inc.; New South Parking, Inc.
Case Number: C 07-4448 SI

William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

ENDORSED FILED
SAN MATEO COUNTY

JUL 3 0 2007

Clerk of the Superior Court
By ___DANIEL SHEA___

IN THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

William Henshall,                          )
                                           )
                                           )
                Petitioner                 )
                                           )
                                           )
        vs.                                )
                                           )
Central Parking Inc.                       )
                                           )
New South Parking Inc.                     )
                                           )
                                           )
Does  1 thru 50                            )
                                           )
                                           )
                Respondents                )
                                           )
                                           )
                                           )
_____           )

CASE No.  CW 464802

Notice of Hearing Date

Date: ___8-29-07___

Time: ___9:00 AM___

Dept.: ___P 5___

PLEASE TAKE NOTICE that Petitioner William Henshall will proceed with a hearing on his Petition for Declaratory & Injunctive relief on the _29TH_ day of _August_ , 2007 at _9:00_ o'clock _AM_ in Department of the hereinabove entitled court at 400 County Center, Redwood City, California.

William Henshall/Petitioner
In Propria Persona/Sui Juris