1  ARTHUR M. EIDELHOCH, Bar No. 168096
2  WILLIAM HAYS WEISSMAN Bar No. 178976
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5
   Attorneys for Defendants
6  CENTRAL PARKING, INC.;
   NEW SOUTH PARKING, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 WILLIAM HENSHALL,                    Case No. C 07 4448

11              Plaintiff,              CERTIFICATION OF INTERESTED
                                        ENTITIES OR PERSONS
12       v.
                                        [Civil L.R. 3-16]
13 CENTRAL PARKING, INC.;
   NEW SOUTH PARKING, INC.,
14
                Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                              Case No.:

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Defendants reserve their right to amend and/or supplement the information disclosed herein should additional information become known requiring it to do so.

Dated: August 28, 2007

ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CENTRAL PARKING, INC.;
NEW SOUTH PARKING, INC.

Firmwide:82997038.1 620000.1388

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916.561.5300

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Case No.: