ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
CENTRAL PARKING SYSTEMS, INC.;
NEW SOUTH PARKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,<br><br>            Defendants. | Case No.  C07-4458SI<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, PURSUANT TO RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date: October 19, 2007<br>Time: 9:00 a.m. |

**PLEASE TAKE NOTICE THAT** on Friday October 19, 2007, at 9:00 a.m., before the Honorable Susan Illston, United States District Court Judge, at Courtroom 10 of the United States District Court for the Northern District of California, located on the 19th Floor at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants Central Parking Systems, Inc. and New South Parking, Inc. will move this Court for an order dismissing Plaintiff's Petition for Declaratory and Injunctive Relief (Complaint), filed on July 30, 2007, in the Superior Court of the State of California in and for the County of San Mateo, and removed to this Court on August 28, 2007.

The Defendants' Motion to Dismiss is based upon Federal Rule of Civil Procedure 12(b)(6) in that the Complaint fails to state a claim upon which relief can be granted.  Specifically, Plaintiff

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANTS' NOTICE OF MOTION PURSUANT TO RULE 12
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Case No.: C07-4458SI

seeks a declaration that he is not a citizen of the United States and therefore not subject to the laws of the United States, and further that he has a right of employment with Defendants. Moreover, Plaintiff seeks to require Defendants to violate applicable federal laws. Defendants contend that no averments were made that could support such relief.

In the alternative, Defendants move for an order requiring a more definite statement pursuant to Federal Rule of Civil Procedure 12(e), in that the Complaint is so vague that Defendants cannot reasonably be required to frame a responsive pleading.

Defendants' motion is based upon this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, and such oral argument as may be had at the hearing.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff has until Friday September 28, 2007, to file and serve any opposition to Defendants' Motion.

Dated: August 31, 2007

*[signature: Arthur M Eidelhoch]*

ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants CENTRAL PARKING SYSTEMS, INC.; NEW SOUTH PARKING, INC.

Firmwide:83000503.1 620000.1388

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.
DEFENDANTS' NOTICE OF MOTION PURSUANT TO RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Case No.: C07-4458SI