ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
CENTRAL PARKING SYSTEMS, INC.;
NEW SOUTH PARKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,<br><br>　　　　　Defendants. | Case No. C07-4458SI<br><br>**DEFENDANTS' STATEMENT OF CORPORATE INTERESTS (FED. R. CIV. PROC. 7.1)**<br><br>Date: October 19, 2007<br>Time: 9:00 a.m. |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 7.1, notice is hereby given by counsel of record for Central Parking System, Inc. that the following corporate interests are disclosed:

　　1.　Parent Company of Central Parking Systems, Inc.: Central Parking Corporation.

　　2.　Publicly held corporations that own 10% or more of Central Parking Corporation's stock: None.

Dated: August 31, 2007

*/s/ Arthur M. Eidelhoch*
ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants CENTRAL PARKING SYSTEMS, INC.; NEW SOUTH PARKING, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' NOTICE OF MOTION PURSUANT TO RULE 12
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Case No.: C07-4458SI