1  ARTHUR M. EIDELHOCH, Bar No. 168096
   WILLIAM HAYS WEISSMAN, Bar No. 178976
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendants
   CENTRAL PARKING SYSTEMS, INC.;
6  NEW SOUTH PARKING, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 WILLIAM HENSHALL,                    Case No. C07-04458SI

11          Plaintiff,                  [PROPOSED] ORDER DISMISSING
                                        PLAINTIFF'S COMPLAINT FOR
12     v.                               DECLARATORY AND INJUNCITVE
                                        RELIEF
13 CENTRAL PARKING, INC.; NEW
   SOUTH PARKING, INC.,
14                                      Date: October 19, 2007
            Defendants.                 Time: 9:00 a.m.
15

16

17     This matter came before this Court for hearing on October 19, 2007, at 9:00 a.m., in

18 Courtroom 10 of the United States District Court for the Northern District of California, the

19 Honorable Susan Illston, United States District Court Judge, presiding. Plaintiff William Henshall

20 appeared in pro per and Defendants Central Parking Systems, Inc. and New South Parking, Inc.

21 appeared through their counsel, Littler Mendelson, P.C. The Court, having reviewed the moving and

22 opposing papers of the parties and taken oral argument on the motion, hereby finds as follows:

23     This action is pending before this Court on the basis of federal question jurisdiction, having

24 been removed to this Court by Defendants. 28 U.S.C. §§ 1441(b), 1446.

25     Defendants filed a Motion to Dismiss Plaintiff's Complaint on August 30, 2007, on the

26 grounds that the Complaint fails to state a claim upon which relief can be granted. Fed. R. Civ. Proc.

27 12(b)(6).

28 //

In the alternative, Defendants moved for an order requiring a more definite statement on the ground that the Complaint is so vague that Defendants cannot reasonably be required to file a responsive pleading. Fed. R. Civ. Proc. 12(e). It is this Motion that is now before this Court.

Plaintiff's primary assertion is that he is not a citizen of the United States, and therefore not subject to federal laws relating to internal revenue and immigration and naturalization. Plaintiff alleges in his Complaint that he was born in the State of Maryland. The Fourteenth Amendment confers on all citizens born in the United States simultaneous federal and state citizenship. Plaintiff's argument that he is not a citizen of the United States subject to its laws has been repeatedly rejected by the courts. E.g., *United States v. Studley*, 783 F.2d 934, 937 (9th Cir. 1986); *United States v. Sloan*, 939 F.2d 499, 500 (7th Cir. 1991), *cert. denied*, 502 U.S. 1060, reh'g denied, 503 U.S. 953 (1992); *United States v. Ward*, 833 F.2d 1538, 1539 (11th Cir. 1987), *cert. denied*, 485 U.S. 1022 (1988); *United States v. Sileven*, 985 F.2d 962 (8th Cir. 1993); *United States v. Gerads*, 999 F.2d 1255, 1256 (8th Cir. 1993); *Brown v. United States*, 35 Fed. Cl. 258, 269 (1996).

Similarly, Plaintiff's other arguments have been previously raised and rejected by the courts: Plaintiff's provision of a W-4 to a prospective employer is voluntary (*Stonecipher v. Bray*, 653 F.2d 398, 401 (9th Cir. 1981)); Plaintiff is not an "employee" for purposes of the Internal Revenue Code (*United States v. Latham*, 754 F.2d 747, 750 (7th Cir. 1985)); and the Fifth Amendment right against self-incrimination allows Plaintiff to refuse to provide his social security number and such other information as required by IRS Form W-4 and DHS Form I-9 to a prospective employer or employer. (*United States v. Neff*, 615 F.2d 1235, 1241 (9th Cir.), *cert. denied*, 447 U.S. 925 (1980).)

In addition, there is no constitutional right to a position of private employment, as Plaintiff contends. *Board of Regents v. Roth*, 408 U.S. 564, 578 (1972). Therefore, Plaintiff has no constitutional right to employment with the Defendants.

Further, the courts have routinely upheld an employer's right to terminate an employee or otherwise not hire a prospective employee that refuses to provide a valid social security number or such other information that is required by an IRS Form W-4 or DHS Form I-9. *See, e.g., Cassano v. Carb*, 436 F.3d 74 (2d Cir. 2006); *Seaworth v. Pearson*, 203 F.3d 1056, 1057-58 (8th Cir. 2000); *Sutton v. Providence St. Joseph Med. Ctr.*, 192 F.3d 826, 830-31 (9th Cir. 1999).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER ON DEFENDANTS'
MOTION TO DISMISS                           2.                          Case No.: C07-4458SI

Plaintiff is in effect asking this Court to order Defendants to disregard their duties under federal law. This Court refuses to do so. See *Yisrael v. Per Scholas, Inc.*, 93 A.F.T.R.2d 2004-1708 (S.D.N.Y. 2004).

Because Plaintiff is a citizen of the United States subject to its laws, and he has no right to private employment with Defendants, who were within their rights to deny employment to Plaintiff in light of his failure to provide a social security number, IRS Form W-4 and DHS Form I-9, this Court finds that Plaintiff's Complaint fails to state a claim upon which relief could be granted and that no amendment to Plaintiff's Complaint would result in a cognizable cause of action.

Further, because this Court finds that the Complaint fails to state a claim upon which relief could be granted, this Court need not address Defendants' alternative Motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

THEREFORE, in consideration of the foregoing, Defendants Motion to Dismiss is GRANTED without leave to amend. This Court ORDERS THAT Plaintiff's Complaint be DISMISSED WITH PREJUDICE. Defendants shall be entitled to recover their costs of suit.

IT IS SO ORDERED.

Dated: October _____, 2007

_____
Susan Illston
United States District Judge

Firmwide:83021776.1 024404.1041

PROPOSED ORDER ON DEFENDANTS' MOTION TO DISMISS   3.   Case No.: C07-4458SI

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940