ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
CENTRAL PARKING SYSTEMS, INC.;
NEW SOUTH PARKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HENSHALL, | Case No. C07-4458SI |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC., | |
| Defendants. | |

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 29, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT'S NOTICE OF MOTION ND MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, PURSUANT TO RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE;

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE;

DEFENDANTS' STATEMENT OF CORPORATE INTERESTS (FED. R. CIV. PROC. 7.1) and,

[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

in a sealed envelope, postage fully paid, addressed as follows:

William Henshall
PO Box 281676
San Francisco, CA 94128-1676

William Henshall
PO Box 281676
San Francisco, CA

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY MAIL

| | |
|---|---|
| 1 | I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made. Executed on August 31, 2007, at San Francisco, California. |
| 3 | Executed on August 31, 2007, at San Francisco, California. |

*Christina Jones* (signature)
Christina Jones

Firmwide:83032318.1 024404.1041

ITTLER MENDELSON
PROFESSIONAL CORPORATION
650 California Street
20th Floor
n Francisco, CA 94108.2693
415.433.1940

2.

PROOF OF SERVICE BY MAIL