To:  Judge Susan Illston
     Federal District Court
     Northern District of California

From: William Henshall

In Re: Case No. C07 4458SI

SEP 2 1 2007

Date: September 20th, 2007

    Please be advised that I have made a *timely* effort, on , of all days, September 11th, to file substantive pleadings in Case No. C047 4458SI, only to be denied admittance to the federal building and this court solely because I lack any ID issued by the *de facto national government* or any of it's political subdivisions, such as would entitle me to be permitted (!?) to enter the building or court, and threatened with arrest in the bargain for failing to move on !

    Worse, the 'goon at the gate' did not even know what, if any applicable law(s) he was ostensibly enforcing, or seem to know what I was talking about when I demanded to know what law was *preventing* me from exercising, among other rights *secured* by the <u>*Constitution*</u>, the right to redress of grievance (and of course I have likewise no access to the office of the *Speaker of the House*, also in the federal building, either !), judicial process, such as I was seeking to invoke on that occasion, or other rights retained by either the People, pursuant to the 9th Article of the Bill of Rights, or the States, pursuant to the 10th Article, or other provisions of law.

    Now significantly, this ID issue is the *exact* issue that arises in Case No. C07 4458SI (or, in it's State Court incarnation Case No. 464802) as therein I am challenging the necessity for needing any such ID, most especially in view of the fact that the application

for a social (in)security number is, by the government's admission, a *voluntary* act, and that the SSN is the *KEY* and, apparently, *indispensable*, ingredient essential to obtaining any *de facto ID* that would, at one and the same time, "authorize" me, or *anyone like situated*, to enter the federal building and/or court, and demonstrate that I have the "permission" of the *de facto* national government to "engage in employment" and be construed to be "lawfully present in the United States" !

My question to you, assuming arguendo that Case No. C07 4458SI isn't dismissed sua sponte for lack of subject matter jurisdiction, is how can I file my (a) timely and substantive pleadings to remand Case No. 464802 to the State Court and (b) file my timely pleadings to strike defendants motion for dismissal ?

And of course, how would it be possible for me to enter the federal building and/or court without such "qualifying" ID (could an order of *safe conduct* be relevant or obtainable here ?) ?

Please address all correspondence to my address *exactly* as it appears below.

Thank you --

_____
William Henshall
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA
650-255-3078

cc/Arthur Eidelhoch -- Counsel for Defendants