IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL, | No. C 07-04458 SI |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE RESPONSE BY MAIL** |
| v. | |
| CENTRAL PARKING, INC., | |
| Defendant. | |

    Before the Court is defendant's motion to dismiss, currently set for hearing on Friday, October 19, 2007, at 9:00 a.m. Plaintiff's opposition was due by September 28, 2007, pursuant to Local Rule 7-3. Plaintiff has informed the Court that he attempted to file an opposition but was unable to enter the federal building to file his papers in person because he does not carry any identification. The Court grants plaintiff an extension to file his opposition on or before Friday, October 12, 2007, should he wish to do so. Plaintiff may file in person by bringing a state- or federal-issued photo I.D. to the federal building, or may file by mail or fax. Should defendant feel that it is necessary to file a reply, defendant may do so on or before Wednesday, October 17, 2007.

**IT IS SO ORDERED.**

Dated: October 9, 2007

SUSAN ILLSTON
United States District Judge