ARTHUR M. EIDELHOCH, Bar No. 168096
WILLIAM HAYS WEISSMAN Bar No. 178976
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
CENTRAL PARKING SYSTEMS, INC.;
NEW SOUTH PARKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING, INC.; NEW SOUTH PARKING, INC.,<br><br>Defendants. | Case No. 3:07-cv-04458-SI<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION (Civil L.R. 3-13)** |

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 3-13, Defendants hereby notify this Court and Plaintiff of another related action as follows:

On October 3, 2007, Defendants Central Parking, Inc. and New South Parking removed to the United States District Court for the Northern District of California Plaintiff's September 6, 2007, Complaint against them. The related action was assigned to the Honorable James Larson, Case number C-07-cv-05097-JL.

Plaintiff's September 6, 2007, Complaint pending before this Court arises out of the exact same facts and circumstances as the instant matter and involves the exact same parties. Specifically, Plaintiff's September 6, 2007, Complaint alleges that Defendants' request that Plaintiff complete an Internal Revenue Service (IRS) Form W-4 and Department of Homeland Security (DHS) Form I-9 prior to being allowed to commence employment with Defendants violated his rights under the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' NOTICE OF RELATED ACTION            Case No.: 3:07-cv-04458-SI

United States Constitution as a "lawful de jure jus sanguinis & jus soli free white State Citizen." The Petition seeks various forms of declaratory relief that he is exempt from compliance with the tax and immigration laws of the United States. It further alleges wrongful termination, negligent infliction of emotional distress and breach of contract.

Similarly, this action contends that Defendants' refusal to allow Plaintiff to commence employment on the grounds that he refused to provide an IRS Form W-4 or DHS Form I-9 violates his rights, and Plaintiff seeks similar declaratory relief on the ground that as a state citizen compliance with tax and immigration laws is voluntary.

On October 9, 2007, Defendants filed a motion to dismiss the related action. No date has yet been set for hearing.

Dated: October 10, 2007

WILLIAM HAYS WEISSMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants CENTRAL
PARKING SYSTEMS, INC.; NEW SOUTH
PARKING

Firmwide:83252690.1 800000.3500

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

2.

DEFENDANTS' NOTICE OF RELATED ACTION

Case No.: 3:07-cv-04458-SI

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On October 10, 2007, I served the within document(s):

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION (Civil L.R. 3-13)**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

**William Henshall**,
PO Box 281676
San Francisco, CA 94128-1676

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 10, 2007, at San Francisco, California.

*Christina Jones*
Christina Jones

Firmwide:83252259.1 800000.3500