**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,

        Plaintiff,

  v.

CENTRAL PARKING INC.; NEW SOUTH
PARKING, INC.

        Defendants.

No.  C-07-4458 SI

**JUDGMENT**

        /

Defendants' motion to dismiss has been granted without leave to amend.  Judgment is

entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 16, 2007

_____

SUSAN ILLSTON
United States District Judge