1 ARTHUR M. EIDELHOCH, Bar No. 168096
 WILLIAM HAYS WEISSMAN, Bar No. 178976
2 LITTLER MENDELSON
 A Professional Corporation
3 650 California Street, 20th Floor
 San Francisco, CA  94108.2693
4 Telephone: 415.433.1940

5 Attorneys for Defendants
 CENTRAL PARKING SYSTEMS, INC.;
6 NEW SOUTH PARKING, INC.

7

8     UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 WILLIAM HENSHALL, | Case No.  C07-04458SI |
| 11    Plaintiff, | **NOTICE OF ENTRY OF JUDGMENT** |
| 12  v. | |
| 13 CENTRAL PARKING, INC.; NEW
SOUTH PARKING, INC., | |
| 14    Defendants. | |
| 15 | |

16    PLEASE TAKE NOTICE that the Judgment attached hereto as Exhibit A, was filed

17 and entered by the clerk of the Court on October 16, 2007.

18

19 Dated: October 17, 2007

20            _____

21            WILLIAM HAYS WEISSMAN
              LITTLER MENDELSON
22            A Professional Corporation
              Attorneys for Defendants CENTRAL
23            PARKING, INC.; NEW SOUTH PARKING,
              INC.

24

25

26 Firmwide:83310511.1 024404.1041

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433.1940

**PROPOSED ORDER ON DEFENDANTS'
MOTION TO DISMISS**              **Case No.: C07-4458SI**

# EXHIBIT A

United States District Court
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,

      Plaintiff,

   v.

CENTRAL PARKING INC.; NEW SOUTH
PARKING, INC.

      Defendants.

No.  C-07-4458 SI

**JUDGMENT**

Defendants' motion to dismiss has been granted without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 16, 2007

SUSAN ILLSTON
United States District Judge

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On October 17, 2007, I served the within document(s):

**NOTICE OF ENTRY OF JUDGMENT**

☐  by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐  by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐  by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

**William Henshall,**
PO Box 281676
San Francisco, CA 94128-1676

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

PROOF OF SERVICE                                                                                    Case No.: 4458 SI

1

2    I declare that I am employed in the office of a member of the bar of this court at

3    whose direction the service was made. Executed on October 17, 2007, at San Francisco,

4    California.

5

6    _Christina Jones_
     Christina Jones

7    Firmwide:83252259.1 800000.3500

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                                    **Case No.: 4458 SI**