To:  Judge Susan Illston
     Federal District Court
     Northern District of California



From:  William Henshall

In Re: Reply to extension to file pleadings: Case No. C07 4458SI

Date:  October 13th, 2007

Thank you for taking the time to address the rather serious issue of me being legal estopped, for as yet unascertained reasons, from entering the federal **BUILDING**, let alone court and, in this specific instance, the office of the Speaker of the House, on account of the fact that I neither have nor can obtain any ID issued under the auspices of the *de facto national* government which would 'entitle' me to be admitted to its facilities, not to mention be evidence for the insulting proposition that my presence in the United States is '*authorized by federal law*' (see e.g. *Hershey v DOT 669 Atl. 2nd 517  Lauderbach v Zolin  35 C.A. 4th  578, Nowlin v DMV  53 C. A. 4th  1529* ).

The situation remains unresolved, yet I believe I have found a solution to at least getting my Motion to Remand and Motion to Strike Defendants Motion to Dismiss before you for decision at the hearing of October 19th (which I'd love to attend and speak my piece, as I believe the *Constitution for the united States {1787-1791}* and/or the *California Constitution (1849)* secures such right to *judicial process* and/or *redress of grievance*, but without any *de facto* ID, well, you can see the problem !).

These documents, and each of them have been filed with the court by *Defendants* in Case No. *C07 5097* as a part of their Exhibit 2, as these documents were served on them in Case No.

*465862* in the San Mateo County Superior Court.

Accordingly Defendants have had sufficient notice of my points and authorities, to which a reply has been *conspicuously* absent, and thus will not suffer any prejudice (heaven forbid !) from these pleadings being added to Case No. C07 4458SI.

As earlier stated, I believe that there is a total lack of subject matter jurisdiction in this court, as strongly underscored by the fact that I, and *all like situated*, are treated, properly it seems, effectively as *aliens* from the peculiar perspective of the *de facto national* government, and barred from its (*military* ?) premises as not having any business to transact.

Also noted is that your order extending time for filing, and it is appreciated, was mailed on *October 11th*, 2007, and the last date for filing pleadings was *October 12th*, 2007. As on the 12th the Bay Area was struck by *very inclement* weather, I did not venture outside to do any errands, most especially checking my Post Office Box as this involves a round trip *on foot* of ninety minutes or so.

Assuming arguendo that I had arrived at my box right at the 10:00 AM delivery time and that the letter *was delivered on the 12th*, this would have left precious little, if any, time to proceed to court to file pleadings, limited as I am to public transit due to the misapplication of traffic laws and their concomitant jurisdiction and venue of *federal regional martial law rule* (see e.g. *Ex Parte Milligan 4 Wall 2*) which has effectively abrogated my right to travel in my own conveyance.

In any event, not having ID, as aforementioned, I would have been barred again and the effort would fail. Mailing would not have been timely and, by the court's own rules, pro per litigants are barred from e-filing, had sufficient time been available.

Further, and this issue has necessarily been unaddressed to date, is that I would be filing on an IFP basis, due to being wrongfully terminated by Defendants and denied all semblance of relief via being restored to my job, or being placed on paid administrative leave, pendente lite and, possibly nunc pro tunc July 3rd, 2007, in large part because of the *unlawful* removal of my cases to federal court by parties lacking the *status & standing*, not to mention the jurisdiction and venue, to have made such removal.

Noted is that my IFP status was granted in both State court proceedings, embarrassing as it was to so apply after *forty years* of providing for my admittedly simple lifestyle, and never relying upon outside assistance for anything at all.

I have, however, been placed at the doorstep of *destitution* and *homelessness* by the unlawful acts of Defendants, which is why I use my P. O. Box for correspondence. My cell phone remains active, probably through November 30th; afterwards I will not hazard a guess at this time.

Finally, and significantly, the ID issue is the *very* issue that gave rise to my cases in the first instance, and to procure ID now to gain entry, even if I could somehow do so, would be to defeat the entire legal premises of my case (see *Ashwander v TVA 297 US 288,341*). I realize that the "ID" issue is on the current supreme Court docket, but in a *strikingly* different context than arises in the instant case (this looks 4-4, with Kennedy as the swing vote).

Having put the efforts of a lifetime into the instant case, it will be very disappointing not to be able to be heard in my own defense; in addition, this will deprive you of the opportunity for full involvement in the case, one which can make a real difference and one which would test the mettle of any sworn judicial officer to decide, most especially *against* perceived government interests.

Please address all correspondence to my address *exactly* as it appears below. This is not to be difficult, but I know full well with the stakes involved in these cases that I will need to be virtually letter perfect in order to present my claims to the supreme Court for decision, and any slip-up, most especially one that would, albeit via *fiction* of law, 'locate' me in the ***District of Columbia*** (see e.g. 26 USC 7408(c)), might also be construed as my "consent" (see e.g. ***Bank of Columbia v Okely 4 Wheat 235, Wickard v Filburn 317 US 111, In Re Meador 16 Fed Cases 1294***, to be governed by Congress using either its powers pursuant to ***Article I, Section 8, Clause 17 and/or Article IV, Section 3, Paragraph 2 of the Constitution*** or, in any event, waiving rights and/or judicial process in the ordinary course of the law.

Constitutionally --

William Henshall
***First Judicial District***
P. O. Box 281676
San Francisco, California, USA
650-255-3078

cc/***Littler Mendelson*** counsel for Defendants