To:   Vaughn Walker/Presiding Judge
      Federal District Court/Northern District of California
      450 Golden Gate Avenue
      San Francisco, California

From: William Henshall

In Re: Returned letter-- Case No. C07 4458SI

Date: November 5th, 2007

    Please find copy of enclosed letter expressing concerns about my filing in forma pauperis which was sent to you on October 24th, 2007 properly addressed and stamped (see enclosure), yet *returned to sender* for some unknown reason.

    A like letter was sent to the office of the clerk and I presume it was properly received, though I have no way to know this as no such acknowledgment has been forthcoming and, just as has been the case ab initio, I cannot gain entry into the federal **BUILDING**, let alone this court to attend to matters concerning this case.

    Thus I do not even know for sure that my timely, substantive, and meritorious pleadings have been filed or, if not, why not (did I leave a "t" uncrossed, or an "i" undotted ??).

    What I do know, and have experienced first hand on many occasions already during the course of these legal proceedings, not to mention a long train of like abuse for the last *twenty years*, is the proclivity of the courts -- this one in particular -- to take any "necessary" measures to see to it that my issues are not either presented or ruled upon -- See Judge Illston's sorry excuse for a "decision" in Case No. C07 4458SI, an extreme dereliction of duty which borders upon treason to the Constitution (see e.g. ***Cohens v***

*Virginia 6 Wheat 264*). Of course, if, as I am maintaining, this court does *NOT* have subject mater jurisdiction, then I guess it isn't a big deal in the long run.

I will presume, for now, that no "irregularity" chargeable to the court is responsible for the return of the letter of October 24th and am enclosing another copy of the same.

Also, I have received no update on the case, other than that it was "in process" of being reassigned to an Article III Judge (a real interesting question if this is even an Article III court as raised in my pleadings), so I do not know if the hearing date of November 21st is still set.

The issue still remains about access to the court and any reason why such should be denied in terms of not only the upcoming hearing, but the case in general should Defendants motion be denied and the case *NOT* remanded to 'state' court.

How can I reasonably be expected to conduct a case in a court into which I am prohibited from entering (and on *WHAT* legal basis ?? What does the *de facto national* government have to fear from lawful de jure free white State Citizens ?? And does not our *right* to redress of grievance *trump* any pretended legislation that would regulate such a right ?? -- see the otherwise despicable decision of the supreme Court in the case of *Miranda v Arizona 384 US 436,491* wherein the court said:

"Where rights secured by the Constitution are involved, there can be no rule making or legislation that would abrogate them"

Please address all correspondence to me at my address *exactly* as it appears below (see e.g. *26 USC 7408(c)*) as an example of the reason why !). Use of the Zip Code is *VOLUNTARY* for first class mail as this court should be well aware.

Constitutionally,

*[signature: William Henshall]*

William Henshall
**First Judicial District**
P. O. Box 281676
San Francisco, California, USA
650-255-3078*

* phone number still active, but unknown for how much longer

cc/Littler Mendelson counsel for Defendants