To:     Vaughn Walker/Presiding Judge
        Federal District Court/Northern District of California
        450 Golden Gate Avenue
        San Francisco, California

From:   William Henshall

In Re:  Procedure - Case No. C07 4458SI

Date:   November 7th, 2007



    As you know I am unable, for reasons and "authority" unknown to me, to gain entry into the federal building or this court.

    In the event that the court should decide that the instant case should not be remanded but proceed herein, this issue looms large as I cannot see any way to proceed with the prosecution of the case, including participating in any "status" conferences (although I should be "at issue" virtually at once), hearings, voir dire, or any other matters in which my physical presence would be required.

    Having observed that the 'state' courts have provisions for phone appearances for at least motion hearings and administrative matters, it occurred to me that for at least these types of purposes such an "appearance" might be possible herein, although I have found no such provisions anywhere in the FRCP.

    And of course I very much want to be heard in my own defense at the upcoming motion hearing as I believe I have a **RIGHT** to be so heard. Also, I could answer any questions at such hearing that might arise and do so a cappella, thus avoiding, to the maximum practicable extent, any "misunderstandings" about the nature of the issues I am raising, such as evidently occurred in Case No. *C07 4458SI*.

    And it is worth repeating here that my position as to the lack of subject matter jurisdiction of this court (tribunal ??) is buttressed by my being denied any entry onto federal premises in general, and into this court in particular.

A strong case can be made that the lawful de jure Citizenry was disenfranchised, alienated, even made *stateless*, by the pernicious acts of the 39th Congress, most especially the Reconstruction Act of 1867 (for which I have not found any provision of the Constitution authorizing such legislative legerdemain) and the *war* "amendments" (14th & 15th), all of which *pretended* acts I am challenging herein.

In accordance with the views expressed herein, this is a demand to have written copies of any and all "authority(ies)" which purport to bar me, and all like situated, from access to the federal building and this court in the face of the fact that we have the right of access to the court for at least purposes of redress of grievance, let alone invoking the *judicial* power of the united States for the purpose of testing the constitutionality of an Act of Congress.

A reminder: please address all correspondence to me at my address *exactly* as it appears below, as the use of the use of the Zip Code is *VOLUNTARY* for first class mail as this court should be well aware.

Constitutionally,

*[signature: William Henshall]*

William Henshall
**First Judicial District**
P. O. Box 281676
San Francisco, California, USA
650-255-3078*

\* phone number still active, but unknown for how much longer

cc/Littler Mendelson counsel for Defendants

*[handwritten: only 2 pages were enclosed. /s/]*

Letter to Presiding Judge Walker page 2 of 3